**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**NORTHERN DISTRICT OF IOWA**

Case number (if known): _____ Chapter ___**7**___

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Eagle's Catch, LLLP** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **dba Buckeye Fish Facilities 2, LLLP** |
| 3. | Debtor's federal Employer Identification Number (EIN) | 8  1 – 1  6  0  7  2  1  2 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1802 Industrial Park Road** <br> Number    Street | **PO Box 211** <br> Number    Street |
| | P.O. Box |
| **Ellsworth**  **IA**  **50075** <br> City    State    ZIP Code | **Ellsworth**  **IA**  **50075** <br> City    State    ZIP Code |
| **Hamilton** <br> County | Location of principal assets, if different from principal place of business |
| | Number    Street |
| | City    State    ZIP Code |

5. Debtor's website (URL)

6. Type of debtor

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☑ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **Eagle's Catch, LLLP** _____   Case number (if known) _____

**7.  Describe debtor's business**

*A.  Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

*B.  Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.*  NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

__1_  _1_  _2_  _5_

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box.  A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11.  *Check all that apply:*

  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  - ☐ A plan is being filed with this petition.

  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

- ☐ Chapter 12

Debtor **Eagle's Catch, LLLP** _____    Case number (if known) _____

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____  When _____  Case number _____
                                         MM / DD / YYYY

District _____  When _____  Case number _____
                               MM / DD / YYYY

District _____  When _____  Case number _____
                               MM / DD / YYYY

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____  Relationship _____

District _____  When _____
                               MM / DD / YYYY

Case number, if known _____

Debtor _____  Relationship _____

District _____  When _____
                               MM / DD / YYYY

Case number, if known _____

**11.   Why is the case filed in _this district_?**

_Check all that apply:_

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

Debtor **Eagle's Catch, LLLP**                                    Case number (if known) _____

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention.  Attach additional sheets if needed.

**Why does the property need immediate attention?**     *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number      Street

                          _____

                          _____    _____    _____
                          City                        State      ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency  _____

            Contact name  _____

            Phone         _____

---

### Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*
☐ Funds will be available for distribution to unsecured creditors.
☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49                ☐ 1,000-5,000          ☐ 25,001-50,000
☐ 50-99               ☐ 5,001-10,000         ☐ 50,001-100,000
☑ 100-199             ☐ 10,001-25,000        ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☐ $0-$50,000              ☑ $1,000,001-$10 million        ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million       ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million     ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000              ☐ $1,000,001-$10 million        ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☑ $10,000,001-$50 million       ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million     ☐ More than $50 billion

Debtor  **Eagle's Catch, LLLP**                                          Case number (if known) _____

---

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to
$500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **08/02/2023**
MM / DD / YYYY

X **/s/ Joseph D. Sweeney**
Signature of authorized representative of debtor

**Joseph D. Sweeney**
Printed name

**President**
Title

**18. Signature of attorney**

X **/s/ Robert C. Gainer**                              Date **08/02/2023**
Signature of attorney for debtor                              MM / DD / YYYY

**Robert C. Gainer**
Printed name

**Cutler Law Firm**
Firm name

**1307 50th St.**
Number        Street

_____

**West Des Moines**                          **IA**        **50266**
City                              State      ZIP Code

**(515) 223-6600**                          **rgainer@cutlerfirm.com**
Contact phone                              Email address

**IS8884971**
Bar number                              State

**Fill in this information to identify the case**

Debtor name __**Eagle's Catch, LLLP**__

United States Bankruptcy Court for the: __**NORTHERN DISTRICT OF IOWA**__

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1.  **Does the debtor have any cash or cash equivalents?**

    ☐ No. Go to Part 2.
    ☑ Yes. Fill in the information below.

    **All cash or cash equivalents owned or controlled by the debtor**                    Current value of
    debtor's interest

2.  **Cash on hand**                                                                        _____

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

    Name of institution (bank or brokerage firm)         Type of account          Last 4 digits of
                                                                                    account number

3.1. __Iowa Falls State Bank__              __Checking account__       __ __ __ __       $3,397.04

4.  **Other cash equivalents**      *(Identify all)*

    Name of institution (bank or brokerage firm)

5.  **Total of Part 1**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.         $3,397.04

### Part 2:    Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**

    ☑ No. Go to Part 3.
    ☐ Yes. Fill in the information below.

Debtor    **Eagle's Catch, LLLP**_____    Case number (if known) _____
Name

7. **Deposits, including security deposits and utility deposits**    **Current value of debtor's interest**

   Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

9. **Total of Part 2.**
   Add lines 7 through 8.  Copy the total to line 81.    **$0.00**

## Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☑ No.  Go to Part 4.
    ☐ Yes.  Fill in the information below.

11. **Accounts receivable**    **Current value of debtor's interest**

11a.  90 days old or less:  _____  –  _____  =  ..............  ➔  _____
      face amount              doubtful or uncollectible accounts

11b.  Over 90 days old:  _____  –  _____  =  ..............  ➔  _____
      face amount              doubtful or uncollectible accounts

12. **Total of Part 3**
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.    **$0.00**

## Part 4:  Investments

13. **Does the debtor own any investments?**

    ☑ No.  Go to Part 5.
    ☐ Yes.  Fill in the information below.

    **Valuation method used for current value**    **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                    % of ownership:

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

17. **Total of Part 4**
    Add lines 14 through 16.  Copy the total to line 83.    **$0.00**

## Part 5:  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No.  Go to Part 6.
    ☐ Yes.  Fill in the information below.

| Debtor | Eagle's Catch, LLLP | | Case number (if known) | _____ |
| | Name | | | |

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |

**23. Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$0.00

**24. Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**
☐ No.  Go to Part 7.
☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals**  *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| **Total FF&E (including fish tanks & production equipment, forlklifts, PVC piping (uninstalled), Scissor lift, among others)** | | 5/2022 Appraisal | $5,400,000.00 |

**33. Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.

$5,400,000.00

**34. Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
 ☐ No
 ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

Debtor  __Eagle's Catch, LLLP_____     Case number (if known) _____
        Name

**37.  Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 7:  Office furniture, fixtures, and equipment; and collectibles

**38.  Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.  Office furniture** | | | |
| Several desks, chairs, tables, etc. (Value included in FF&E at line 32). | | | $1,000.00 |
| **40.  Office fixtures** | | | |
| Consumer Washer (1), Dryer (1), employee lockers, etc. | | | $500.00 |
| **41.  Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **42.  Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43.  Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | |
|---|---|
| | $1,500.00 |

**44.  Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 8:  Machinery, equipment, and vehicles

**46.  Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.  Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.  Aircraft and accessories** | | | |

Debtor    **Eagle's Catch, LLLP**                                    Case number (if known) _____
          Name

**50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**51.  Total of Part 8.**
       Add lines 47 through 50. Copy the total to line 87.                                             **$0.00**

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**
       ☐ No
       ☐ Yes

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ☐ No
       ☐ Yes

## Part 9:  Real property

**54.  Does the debtor own or lease any real property?**

       ☐ No.  Go to Part 10.
       ☑ Yes.  Fill in the information below.

**55.  Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **1802 Industrial Park Road Ellsworth, IA 50075 Parcel: 40872330326041 1802 Industrial Park Road, Ellsworth, IA 50075 OLSEN IND PARK 2 LTS2 & 3 EXC AUDITOR PARCEL W** | Land & Buildings | | Hamilton Co. Asse | $3,819,640.00 |

**56.  Total of Part 9.**
       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.          **$3,819,640.00**

**57.  Is a depreciation schedule available for any of the property listed in Part 9?**
       ☑ No
       ☐ Yes

**58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ☑ No
       ☐ Yes

## Part 10:  Intangibles and Intellectual Property

**59.  Does the debtor have any interests in intangibles or intellectual property?**

       ☑ No.  Go to Part 11.
       ☐ Yes.  Fill in the information below.

| Debtor | Eagle's Catch, LLLP | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**60. Patents, copyrights, trademarks, and trade secrets**

**61. Internet domain names and websites**

**62. Licenses, franchises, and royalties**

**63. Customer lists, mailing lists, or other compilations**

**64. Other intangibles, or intellectual property**

**65. Goodwill**

**66. Total of Part 10.**
Add lines 60 through 65.  Copy the total to line 89.

$0.00

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
☐ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 11:  All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes.  Fill in the information below.

Current value of debtor's interest

**71. Notes receivable**

Description (include name of obligor)

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**73. Interests in insurance policies or annuities**

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76. Trusts, equitable or future interests in property**

**77. Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

**78. Total of Part 11.**
Add lines 71 through 77.  Copy the total to line 90.

$0.00

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor    **Eagle's Catch, LLLP**_____    Case number (if known) _____
          Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $3,397.04 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $5,400,000.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*...........................➔ | | $3,819,640.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. 91a. | $5,404,897.04 | + 91b. $3,819,640.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92.................................................... **$9,224,537.04**

**Fill in this information to identify the case:**

Debtor name **Eagle's Catch, LLLP**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF IOWA**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

1.  **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** Creditor's name **Greater Nevada Credit Union** Creditor's mailing address **451 Eagle Station Lane** _____ **Carson City       NV    89701** Creditor's email address, if known _____ Date debt was incurred _____ Last 4 digits of account number ___ ___ ___ ___ **Do multiple creditors have an interest in the same property?** ☑ No ☐ Yes. Specify each creditor, including this creditor, and its relative priority. | **Describe debtor's property that is subject to a lien** **Mortgage; Blanket lien and UCC on all assets** **Describe the lien** **Note / Agreement** **Is the creditor an insider or related party?** ☑ No ☐ Yes **Is anyone else liable on this claim?** ☐ No ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | $12,344,902.10 | $9,224,537.04 |

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**                                      $12,344,902.10

**Fill in this information to identify the case:**

Debtor    **Eagle's Catch, LLLP**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF IOWA**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
| --- | --- |

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☑ No. Go to Part 2.
    ☐ Yes. Go to line 2.

2.   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
    If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1**   **Priority creditor's name and mailing address**

_____
_____
_____
_____

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( _____ )

**Is the claim subject to offset?**

☐ No
☐ Yes

| Debtor | **Eagle's Catch, LLLP** | Case number (if known) |
|---|---|---|

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.    List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured
claims, fill out and attach the Additional Page of Part 2.

Amount of claim

### 3.1    Nonpriority creditor's name and mailing address

**Aaron Kolling**

**24235 111th Ave.**

**Spring Valley, MN 5597**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Convertible Note**

Date or dates debt was incurred    **12/20/2019**

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**$124,452.05**

### 3.2    Nonpriority creditor's name and mailing address

**Accu Steel Inc.**

**2245 110th Street**

**Audubon          IA      50025**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Convertible Note**

Date or dates debt was incurred    **5/28/2021**

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**$227,328.77**

### 3.3    Nonpriority creditor's name and mailing address

**Adam Hocker**

**2718 M Ave.**

**Williamsburg          IA      52361**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Convertible Note**

Date or dates debt was incurred    **3/14/2020**

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**$30,676.37**

### 3.4    Nonpriority creditor's name and mailing address

**AgSource Coop Services**

**2418 Crossroads Drive, Ste. 3400**

**Madison          WI      53718**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Services**

Date or dates debt was incurred    **3/15/2022**

Last 4 digits of account number    **1  7  3  3**

Is the claim subject to offset?
☒ No
☐ Yes

**$62.50**

Debtor   **Eagle's Catch, LLLP**                              Case number (if known) _____

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,573.67 |

**Alliant Energy**

**PO Box 3060**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Cedar Rapids**                **IA**    **52406**          **Utility**

Date or dates debt was incurred   **12/7/2022**

Is the claim subject to offset?

Last 4 digits of account number    **4   5   4   3**

☑ No
☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,528.77 |

**Annie Nessa**

**908 Leyden St.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Denver**                **CO**    **80220**          **Promissory Note**

Date or dates debt was incurred   **6/19/2018**

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80,000.00 |

**Annie Nessa**

**908 Leyden St.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Denver**                **CO**    **80220**          **SAFE**

Date or dates debt was incurred   **10/14/2021**

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,825.34 |

**Arndorfer Anthony**

**74291 155th Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Leroy**                **MN**    **55951**          **Convertible Note**

Date or dates debt was incurred   **2/14/2020**

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| Debtor | **Eagle's Catch, LLLP** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.9**    **Nonpriority creditor's name and mailing address**

**Arrowhead Products**

**45056 Riverdale Heights**

**Robert**                                   **LA      70455**

Date or dates debt was incurred        **4/3/2020**

Last 4 digits of account number        __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Promissory Note**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$143,578.77**

---

**3.10**    **Nonpriority creditor's name and mailing address**

**Arrowhead Products**

**45056 Riverdale Heights**

**Robert**                                   **LA      70455**

Date or dates debt was incurred        **5/14/2020**

Last 4 digits of account number        __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Promissory Note**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$28,575.34**

---

**3.11**    **Nonpriority creditor's name and mailing address**

**Arrowhead Products**

**45056 Riverdale Heights**

**Robert**                                   **LA      70455**

Date or dates debt was incurred        **5/18/2021**

Last 4 digits of account number        __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Promissory Note**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$273,116.44**

---

**3.12**    **Nonpriority creditor's name and mailing address**

**BerganKDV**

**PO Box 735484**

**Dallas**                                   **TX      75373**

Date or dates debt was incurred

Last 4 digits of account number        **3  5  7  5**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$33,160.00**

---

| Debtor | Eagle's Catch, LLLP | Case number (if known) | |
|---|---|---|---|

**Part 2:**   **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.13**   **Nonpriority creditor's name and mailing address**

**Brian Howard**

**321 Deckor Street**

**Jewell**                       **IA      50301**

| Date or dates debt was incurred | 2/9/2022 |
|---|---|
| Last 4 digits of account number | ___ ___ ___ ___ |

**Deferred Compensation**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Earned Salary in Ordinary Course**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,538.40**

---

**3.14**   **Nonpriority creditor's name and mailing address**

**BrownWinick Law**

**666 Grand Avenue, Ste. 2000**

**Des Moines**              **IA      50309**

| Date or dates debt was incurred | 11/22/2022 |
|---|---|
| Last 4 digits of account number | 4 __ 7 __ 4 __ 1 |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Attorney Fees**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$13,098.43**

---

**3.15**   **Nonpriority creditor's name and mailing address**

**Cameron Schmitt**

**2113 220th St.**

**Independence**              **IA      50644**

| Date or dates debt was incurred | 5/6/2021 |
|---|---|
| Last 4 digits of account number | ___ ___ ___ ___ |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Promissory Note**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$64,116.44**

---

**3.16**   **Nonpriority creditor's name and mailing address**

**City of Ellsworth**

**1528 Dewitt Street**

**Ellsworth**              **IA      50075**

| Date or dates debt was incurred | 2/28/2022 |
|---|---|
| Last 4 digits of account number | ___ ___ ___ ___ |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**--**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$2,029.88**

---

Debtor  **Eagle's Catch, LLLP**_____  Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.17 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is: *Check all that apply.*

$56,863.01

**Cocoon Investments**_____

☐ Contingent
☐ Unliquidated
☐ Disputed

 283 S. State St., Ste 201_____

_____

Basis for the claim:

Westerville            OH      43081

**Convertible Note**_____

Date or dates debt was incurred     5/25/2021

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is: *Check all that apply.*

$382,085.28

**Constellation New Energy Gas Division**

☐ Contingent
☐ Unliquidated
☐ Disputed

**PO Box 5473**

_____

Basis for the claim:

Carol Stream           IL      60197

**Utility**_____

Date or dates debt was incurred     2/19/2021

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is: *Check all that apply.*

$62,226.03

**Craig Goodsell**

☐ Contingent
☐ Unliquidated
☐ Disputed

**77653 State Hwy 16**

**Spring Valley, MN 5**

Basis for the claim:

**Convertible Note**_____

Date or dates debt was incurred     12/20/2019

Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is: *Check all that apply.*

$415.00

**CT Corporation**

☐ Contingent
☐ Unliquidated
☐ Disputed

**PO Box 4349**

_____

Basis for the claim:

Carol Stream           IL      60197

**Services**_____

Date or dates debt was incurred     9/1/2022

Is the claim subject to offset?

Last 4 digits of account number    5  0  3  3

☑ No
☐ Yes

Debtor   **Eagle's Catch, LLLP**                                    Case number (if known) _____

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $62,051.37 |

**Dan A. Gehling Revocable Trust**

**72671 235th St.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Grand Meadow**          **MN    55936**

Basis for the claim:
**Convertible Note**

Date or dates debt was incurred    **1/6/2020**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $74,452.74 |

**Dana Scott Keen Living Trust**

**3111 N. Cattail Creek**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Cumming**          **IA    50061**

Basis for the claim:
**Promissory Note**

Date or dates debt was incurred    **12/31/2020**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $658,509.59 |

**David & Annette Sweeney**

**21547 Hwy S27**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Alden**          **IA    50006**

Basis for the claim:
**Promissory Note**

Date or dates debt was incurred    **12/7/2018**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $227,328.77 |

**Don King**

**23565 715 Edge St.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Walnut**          **IL    61376**

Basis for the claim:
**Convertible Note**

Date or dates debt was incurred    **5/28/2021**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| Debtor | **Eagle's Catch, LLLP** | Case number (if known) | |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.25** | Nonpriority creditor's name and mailing address

**Ellsworth Coop Telephone Assn**

**1540 Dewitt Street**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$2,679.20

| Ellsworth | IA | 50075 |

Basis for the claim: **Taxes**

Date or dates debt was incurred    **3/1/2023**

Last 4 digits of account number    **2   0   1   6**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address

**Encore Energy Services, Inc.**

**1125 S 103rd Street, #800**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$264,564.61

| Omaha | NE | 68124 |

Basis for the claim: **Utility**

Date or dates debt was incurred    **6/29/2022**

Last 4 digits of account number    __ __ __ __

**Judgment**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address

**Erin & Alan Dahlen**

**2225 Weston Pl SW**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$31,292.81

| Rochester | MN | 55902 |

Basis for the claim: **Convertible Note**

Date or dates debt was incurred    **11/15/2019**

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address

**Fish2O**

**178 E 9th Street**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$7,800.00

| St. Paul | MN | 55101 |

Basis for the claim: **Vendor**

Date or dates debt was incurred    **11/19/2021**

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| Debtor | **Eagle's Catch, LLLP** | Case number (if known) |
|---|---|---|

**Part 2:**   **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.29**   Nonpriority creditor's name and mailing address

**Gary Wiehs**

**1019 Quince Road**

**Harlan**                         **IA**        **51537**

Date or dates debt was incurred        5/28/2021

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Convertible Note**

Is the claim subject to offset?
☑ No
☐ Yes

**$28,416.10**

---

**3.30**   Nonpriority creditor's name and mailing address

**Gavin Keim**

**P.O. Box 293**

**Grand Meadow**             **MN**        **55936**

Date or dates debt was incurred        12/11/2019

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Convertible Note**

Is the claim subject to offset?
☑ No
☐ Yes

**$99,709.59**

---

**3.31**   Nonpriority creditor's name and mailing address

**Grant Keim**

**P.O. Box 194**

**Grand Meadow**             **MN**        **55936**

Date or dates debt was incurred        11/20/2019

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Convertible Note**

Is the claim subject to offset?
☑ No
☐ Yes

**$37,520.55**

---

**3.32**   Nonpriority creditor's name and mailing address

**H&L Ventures, LLC**

**1234 W Mohave Rd.**

**Tucson**                         **AZ**        **85705**

Date or dates debt was incurred        1/16/2020

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Convertible Note**

Is the claim subject to offset?
☑ No
☐ Yes

**$30,974.32**

---

| Debtor | **Eagle's Catch, LLLP** | Case number (if known) | |

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.33**   Nonpriority creditor's name and mailing address

**Hamilton County**

**2300 Superior Street, Ste. 7**

**Webster City**            **IA      50595**

Date or dates debt was incurred      **10/1/2022**

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Taxes**

Is the claim subject to offset?

☑ No
☐ Yes

**$55,575.00**

---

**3.34**   Nonpriority creditor's name and mailing address

**Hands On Excavating**

**3305 Ziegler Avenue**

**Radcliffe**              **IA      50230**

Date or dates debt was incurred      **3/31/2022**

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Services**

Is the claim subject to offset?

☑ No
☐ Yes

**$5,055.00**

---

**3.35**   Nonpriority creditor's name and mailing address

**Heartland Marketing**

**110 N. Main Street**

**Early**                  **IA      50535**

Date or dates debt was incurred      **6/26/2022**

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Services**

Is the claim subject to offset?

☑ No
☐ Yes

**$916.72**

---

**3.36**   Nonpriority creditor's name and mailing address

**Iowa Economic Development Authority**

**1963 Bell Ave.**

**Des Moines**             **IA      50315**

Date or dates debt was incurred      **9/25/2020**

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Loan**

Is the claim subject to offset?

☑ No
☐ Yes

**$25,983.56**

---

Debtor   **Eagle's Catch, LLLP**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

| **3.37** | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*                                                                                 **$811.68**

**Iowa State University**

**1220 Beardshear Hall**

☐ Contingent
☐ Unliquidated
☐ Disputed

**515 Morrill Road**

Basis for the claim:
**Services**

**Ames**                    **IA**    **50011**

Date or dates debt was incurred    **11/1/2022**            Is the claim subject to offset?
                                                           ☒ No
Last 4 digits of account number    **7  7  5  0**          ☐ Yes

---

| **3.38** | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*                                                                                 **$16,320.00**

**Iowa Workforce Development**

**1000 East Grand Avenue**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Taxes**

**Des Moines**               **IA**    **50319**

Date or dates debt was incurred    **9/30/2022**           Is the claim subject to offset?
                                                           ☒ No
Last 4 digits of account number    **9  0  0  0**          ☐ Yes

---

| **3.39** | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*                                                                                 **$3,750.00**

**J&T Motorfreight**

**100 N. State Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

**Hubbard**                  **IA**    **50122**

Date or dates debt was incurred    **7/1/2022**            Is the claim subject to offset?
                                                           ☒ No
Last 4 digits of account number    __ __ __ __            ☐ Yes

---

| **3.40** | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*                                                                                 **$125,684.93**

**James Essig**

**1021 Kasten Drive**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Converible Note**

**Spring Valley**            **MN**    **55975**

Date or dates debt was incurred    **10/21/2019**          Is the claim subject to offset?
                                                           ☒ No
Last 4 digits of account number    __ __ __ __            ☐ Yes

---

| Debtor | **Eagle's Catch, LLLP** | Case number (if known) | |
|---|---|---|---|

**Part 2:** | **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.41 | Nonpriority creditor's name and mailing address | | **$20,000.00** |
|---|---|---|---|

Jeff Severseike

26325 G Ave

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Hubbard                         IA        50122

**Basis for the claim:**
SAFE

Date or dates debt was incurred        12/14/2021

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number        ___ ___ ___ ___

| 3.42 | Nonpriority creditor's name and mailing address | | **$62,688.36** |
|---|---|---|---|

Jim and Dixie Jobgen

1747 Gilmore Ave.

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

New Hampton                     IA        50659

**Basis for the claim:**
Convertible Note

Date or dates debt was incurred        11/5/2019

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number        ___ ___ ___ ___

| 3.43 | Nonpriority creditor's name and mailing address | | **$20,000.00** |
|---|---|---|---|

John Banwart

5468 430th St.

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

West Bend                       IA        50597

**Basis for the claim:**
SAFE

Date or dates debt was incurred        10/11/2020

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number        ___ ___ ___ ___

| 3.44 | Nonpriority creditor's name and mailing address | | **$58,311.60** |
|---|---|---|---|

John Frownfelter

36576 River Oaks Circle

Cumming, IA 5006

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Promissory Note

Date or dates debt was incurred        7/8/2021

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number        ___ ___ ___ ___

| Debtor | **Eagle's Catch, LLLP** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34,493.84 |
|---|---|---|---|

John K. Miller

2258 Knapp Ave.

☐ Contingent
☐ Unliquidated
☐ Disputed

Marshalltown                IA        50158

**Basis for the claim:**
Convertible Note

Date or dates debt was incurred        3/25/2021

Last 4 digits of account number        __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $221,308.93 |
|---|---|---|---|

Joseph Sweeney

2301 Ingersoll Ave, Apt. 418

☐ Contingent
☐ Unliquidated
☐ Disputed

Des Moines                IA        50312

**Basis for the claim:**
Promissory Note

Date or dates debt was incurred        12/17/2020

Last 4 digits of account number        __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $78,443.84 |
|---|---|---|---|

Joseph Sweeney

2301 Ingersoll Ave, Apt. 418

☐ Contingent
☐ Unliquidated
☐ Disputed

Des Moines                IA        50312

**Basis for the claim:**
Promissory Note

Date or dates debt was incurred        8/31/2020

Last 4 digits of account number        __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,983.56 |
|---|---|---|---|

Joseph Sweeney

2301 Ingersoll Ave, Apt. 418

☐ Contingent
☐ Unliquidated
☐ Disputed

Des Moines                IA        50312

**Basis for the claim:**
Promissory Note

Date or dates debt was incurred        9/25/2020

Last 4 digits of account number        __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   **Eagle's Catch, LLLP**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.49**   Nonpriority creditor's name and mailing address

**Joseph Sweeney**

**2301 Ingersoll Ave, Apt. 418**

**Des Moines**                     **IA**     **50312**

Date or dates debt was incurred     **2/2/2022**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Loan to Business**

Is the claim subject to offset?
☑ No
☐ Yes

**$30,000.00**

---

**3.50**   Nonpriority creditor's name and mailing address

**Joseph Sweeney**

**2301 Ingersoll Ave, Apt. 418**

**Des Moines**                     **IA**     **50312**

Date or dates debt was incurred     **1/24/2022**

Last 4 digits of account number     __ __ __ __

**Deferred Compensation**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Earned Salary in Ordinary Course**

Is the claim subject to offset?
☑ No
☐ Yes

**$12,323.00**

---

**3.51**   Nonpriority creditor's name and mailing address

**Kathie Nessa**

**4901 Lyndale Dr.**

**Des Moines**                     **IA**     **50310**

Date or dates debt was incurred     **8/2/2022**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Promissory Note**

Is the claim subject to offset?
☑ No
☐ Yes

**$87,606.16**

---

**3.52**   Nonpriority creditor's name and mailing address

**Kathie Nessa**

**4901 Lyndale Dr.**

**Des Moines**                     **IA**     **50310**

Date or dates debt was incurred     **2/6/2020**

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Convertible Note**

Is the claim subject to offset?
☑ No
☐ Yes

**$74,079.45**

---

| Debtor | **Eagle's Catch, LLLP** | Case number (if known) |
|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.53** Nonpriority creditor's name and mailing address

Kathie Nessa

4901 Lyndale Dr.

Des Moines                    IA        50310

Date or dates debt was incurred        10/13/2021

Last 4 digits of account number        _ _ _ _

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
SAFE

Is the claim subject to offset?
☑ No
☐ Yes

$40,000.00

---

**3.54** Nonpriority creditor's name and mailing address

Keith Donnelly

2113 220th St.

Independence                  IA        50644

Date or dates debt was incurred        11/8/2021

Last 4 digits of account number        _ _ _ _

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
SAFE

Is the claim subject to offset?
☑ No
☐ Yes

$14,400.00

---

**3.55** Nonpriority creditor's name and mailing address

L&S Seed Co  Lynn Holechek

16234 Co. Hwy. D47

Hubbard                       IA        50122

Date or dates debt was incurred        1/31/2021

Last 4 digits of account number        _ _ _ _

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Promissory Note

Is the claim subject to offset?
☑ No
☐ Yes

$160,280.55

---

**3.56** Nonpriority creditor's name and mailing address

Lisa Ziesman

12273 Hwy 175

Radcliffe                     IA        50230

Date or dates debt was incurred        1/24/2022

Last 4 digits of account number        _ _ _ _

Deferred Compensation

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Earned Salary in Ordinary Course

Is the claim subject to offset?
☑ No
☐ Yes

$1,181.60

---

| Debtor | **Eagle's Catch, LLLP** | Case number (if known) | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.57** | **Nonpriority creditor's name and mailing address**

Mark Bockwoldt

2061 340th St.

Stanhope    IA    50246

Date or dates debt was incurred    10/13/2021

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SAFE

**Is the claim subject to offset?**
☑ No
☐ Yes

**$40,000.00**

---

**3.58** | **Nonpriority creditor's name and mailing address**

Marshall Nessa

2940 Zeigler Ave.

Radcliffe    IA    50230

Date or dates debt was incurred    6/23/2021

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Promissory Note

**Is the claim subject to offset?**
☑ No
☐ Yes

**$29,814.38**

---

**3.59** | **Nonpriority creditor's name and mailing address**

Marshall Nessa

2940 Zeigler Ave.

Radcliffe    IA    50230

Date or dates debt was incurred    12/17/2019

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Convertible Note

**Is the claim subject to offset?**
☑ No
☐ Yes

**$62,256.85**

---

**3.60** | **Nonpriority creditor's name and mailing address**

Mary Beth Sukup Revocale Trust

2418 Vine Ave.

Doughterty    IA    50433

Date or dates debt was incurred    12/19/2021

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SAFE

**Is the claim subject to offset?**
☑ No
☐ Yes

**$75,000.00**

---

| Debtor | **Eagle's Catch, LLLP** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.61 | Nonpriority creditor's name and mailing address |
|---|---|

**Matthew Gehling**

 **5506 Leslie Lane SW**

**Rochester, MN 5590**

Date or dates debt was incurred    **12/16/2019**

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Convertible Note**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**$62,267.12**

---

| 3.62 | Nonpriority creditor's name and mailing address |
|---|---|

**MFF Eagle**

**709 Loch Lommond Dr.**

| **Hutchinson** | **KS** | **67502** |

Date or dates debt was incurred    **5/27/2021**

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Convertible Note**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**$432,002.74**

---

| 3.63 | Nonpriority creditor's name and mailing address |
|---|---|

**Michael and Cindy Schnieder**

**200 North School St.**

| **Elkton** | **MN** | **55933** |

Date or dates debt was incurred    **11/20/2019**

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Convertible Note**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**$125,068.49**

---

| 3.64 | Nonpriority creditor's name and mailing address |
|---|---|

**Michael Doyle**

**2113 220th St.**

| **Independence** | **IA** | **50644** |

Date or dates debt was incurred    **12/31/2021**

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**SAFE**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**$2,500.00**

---

Debtor   **Eagle's Catch, LLLP**                              Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.65 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$60,000.00**

**Michael Schneider**

 **200 North School St.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Elkton                      MN      55933**

**Basis for the claim:**
**SAFE**

**Date or dates debt was incurred**   **10/15/2021**

**Is the claim subject to offset?**

**Last 4 digits of account number**   __ __ __ __

☑ No
☐ Yes

| 3.66 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$30,773.97**

**Mike Arndorfer**

**17445 730th Ave.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Grand Meadow              MN      55936**

**Basis for the claim:**
**Convertiable Note**

**Date or dates debt was incurred**   **2/24/2020**

**Is the claim subject to offset?**

**Last 4 digits of account number**   __ __ __ __

☑ No
☐ Yes

| 3.67 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$37,347.95**

**Mike Throssel**

**714 17th Ave.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Eldora                       IA      50627**

**Basis for the claim:**
**Convertible Note**

**Date or dates debt was incurred**   **12/18/2019**

**Is the claim subject to offset?**

**Last 4 digits of account number**   __ __ __ __

☑ No
☐ Yes

| 3.68 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$20,000.00**

**Monte Mertz**

**1221 S. Clarkson St., Suite 316**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Denver                       CO      80210**

**Basis for the claim:**
**SAFE**

**Date or dates debt was incurred**   **10/29/2021**

**Is the claim subject to offset?**

**Last 4 digits of account number**   __ __ __ __

☑ No
☐ Yes

| Debtor | **Eagle's Catch, LLLP** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.69 | Nonpriority creditor's name and mailing address | | $15,922.60 |
|---|---|---|---|

Nathan Katzer

7986 Southeast Orilla Rd.

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| West Des Moines | IA | 50061 |
|---|---|---|

Basis for the claim:
**Promissory Note**

Date or dates debt was incurred   **12/31/2019**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.70 | Nonpriority creditor's name and mailing address | | $36,355.48 |
|---|---|---|---|

Pat Arndorfer

15189 730th Ave.

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Leroy | MN | 55951 |
|---|---|---|

Basis for the claim:
**Convertible Note**

Date or dates debt was incurred   **5/27/2020**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.71 | Nonpriority creditor's name and mailing address | | $140,142.47 |
|---|---|---|---|

Paul Skartvedt

3059 Young Avenue

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Radcliffe | IA | 50230 |
|---|---|---|

Basis for the claim:
**Promissory Note**

Date or dates debt was incurred   **11/19/2019**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.72 | Nonpriority creditor's name and mailing address | | $34,213.70 |
|---|---|---|---|

Paul Skartvedt

3059 Young Avenue

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Radcliffe | IA | 50230 |
|---|---|---|

Basis for the claim:
**Promissory Note**

Date or dates debt was incurred   **2/27/2020**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

Debtor   **Eagle's Catch, LLLP**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

**3.73**   **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:**                    $31,025.68
                                                                 *Check all that apply.*

**Poverty Nob Ventures**
                                                                 ☐ Contingent
**Dan Gehling**
                                                                 ☐ Unliquidated
**72671 235th St.**
                                                                 ☐ Disputed

                                                                 **Basis for the claim:**
**Grand Meadow**             **MN**   **55936**                   **Convertible Note**

Date or dates debt was incurred   **1/6/2020**                    **Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __                     ☑ No
                                                                 ☐ Yes

---

**3.74**   **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:**                    $7,127.17
                                                                 *Check all that apply.*

**Power Services Company, LLC**
                                                                 ☐ Contingent
**2506 E 1650th Street**
                                                                 ☐ Unliquidated

                                                                 ☐ Disputed

                                                                 **Basis for the claim:**
**Mendon**                    **IL**   **62351**                  **Utility**

Date or dates debt was incurred   **11/11/2022**                  **Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __                     ☑ No
                                                                 ☐ Yes

---

**3.75**   **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:**                    $171,447.71
                                                                 *Check all that apply.*

**Receivables Control Corporation Cargill**
                                                                 ☐ Contingent
**7373 Kirkwood Court, Ste. 200**
                                                                 ☐ Unliquidated

                                                                 ☐ Disputed

                                                                 **Basis for the claim:**
**Minneapolis**               **MN**   **55369**                  **Services**

Date or dates debt was incurred   **9/20/2022**                   **Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __                     ☑ No
                                                                 ☐ Yes

---

**3.76**   **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:**                    $123,034.25
                                                                 *Check all that apply.*

**Reuben Hershberger**
                                                                 ☐ Contingent
**PO Box 276**
                                                                 ☐ Unliquidated

                                                                 ☐ Disputed

                                                                 **Basis for the claim:**
**Harmony**                   **MN**   **55939**                  **Convertible Note**

Date or dates debt was incurred   **2/27/2020**                   **Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __                     ☑ No
                                                                 ☐ Yes

---

Debtor    **Eagle's Catch, LLLP**    Case number (if known)

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.77** | Nonpriority creditor's name and mailing address

**Schmitt Family Holdings, LLC**

**Cameron Schmidt**

**2113 220th St.**

**Independence**            **IA**    **50644**

Date or dates debt was incurred            **7/24/2019**

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Promissory Note**

Is the claim subject to offset?
☑ No
☐ Yes

**$46,508.22**

---

**3.78** | Nonpriority creditor's name and mailing address

**Schmitt Family Holdings, LLC**

**2113 220th St.**

**Independence**            **IA**    **50644**

Date or dates debt was incurred            **10/21/2021**

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**SAFE**

Is the claim subject to offset?
☑ No
☐ Yes

**$16,000.00**

---

**3.79** | Nonpriority creditor's name and mailing address

**Short Circuit Electric**

**3555 350th Street**

**Radcliffe**            **IA**    **50230**

Date or dates debt was incurred            **4/28/2022**

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Utility**

Is the claim subject to offset?
☑ No
☐ Yes

**$18,436.32**

---

**3.80** | Nonpriority creditor's name and mailing address

**SJB Industries**

**714 17th Ave.**

**Eldora**            **IA**    **50627**

Date or dates debt was incurred            **12/15/2019**

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Convertible Note**

Is the claim subject to offset?
☑ No
☐ Yes

**$137,010.27**

---

Debtor   **Eagle's Catch, LLLP**                                          Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.81**  **Nonpriority creditor's name and mailing address**

**SJB Industries**

**714 17th Ave.**

_____

**Eldora**                    **IA**     **50627**

Date or dates debt was incurred    **10/19/2021**

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**SAFE**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$30,000.00**

---

**3.82**  **Nonpriority creditor's name and mailing address**

**Spring Genetics**

**21200 SW 177th Avenue**

_____

**Miami**                    **FL**     **33187**

Date or dates debt was incurred    **2/7/2022**

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Services**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$20,155.00**

---

**3.83**  **Nonpriority creditor's name and mailing address**

**Steve Throssel**

**714 17th Ave.**

_____

**Eldora**                    **IA**     **50627**

Date or dates debt was incurred    **10/20/2021**

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**SAFE**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$60,000.00**

---

**3.84**  **Nonpriority creditor's name and mailing address**

**Sue Kolling**

**22861 Oak Hill Dr.**

_____

**Spring Valley**                    **MN**     **55975**

Date or dates debt was incurred    **12/27/2019**

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Convertible Note**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$62,154.11**

---

| Debtor | **Eagle's Catch, LLLP** | Case number (if known) |
|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.85** Nonpriority creditor's name and mailing address

**Thompson Construction**

**828 Des Moines Avenue**

**Ellsworth**      **IA**     **50075**

Date or dates debt was incurred    **6/3/2022**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$600.00**

---

**3.86** Nonpriority creditor's name and mailing address

**TIAA Bank**

**PO Box 911608**

**Denver**      **CO**    **80291**

Date or dates debt was incurred    **1/12/2023**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$158.13**

---

**3.87** Nonpriority creditor's name and mailing address

**Tim Hildreth Company**

**7829 UA-28**

**Prole**      **IA**     **50229**

Date or dates debt was incurred    **7/3/2022**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$5,309.76**

---

**3.88** Nonpriority creditor's name and mailing address

**Tract Investments**

**5201 Keystone Ridge SE**

**Cedar Rapids**      **IA**     **52403**

Date or dates debt was incurred    **11/12/2020**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Convertible Note**

Is the claim subject to offset?
☑ No
☐ Yes

**$58,856.16**

---

Debtor    **Eagle's Catch, LLLP**                                    Case number (if known)

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.89 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Troy Swenson**

**3560 Ubben Ave.**

**Ellsworth**                    **IA**    **50075**

Date or dates debt was incurred    **10/13/2021**

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**SAFE**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$40,000.00**

---

| 3.90 | **Nonpriority creditor's name and mailing address** |
|---|---|

**U.S. Small Business Administration**

**210 Walnut St. RM 749**

**Des Moines, IA 50**

Date or dates debt was incurred    **4/17/2020**

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**PPP Loan**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$108,802.74**

---

| 3.91 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Wayne Dewey**

**14798 JJ Avenue**

**Iowa Falls**                    **IA**    **50126**

Date or dates debt was incurred    **3/5/2020**

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Promissory Note**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$36,445.21**

---

| 3.92 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Wellmark**

**1331 Grand Avenue Station 4W462**

**Des Moines**                    **IA**    **50309**

Date or dates debt was incurred    **6/1/2020**

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Convertible Note**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$60,541.10**

---

Debtor    **Eagle's Catch, LLLP**                                        Case number (if known)

| Part 2: | Additional Page |

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

| 3.93 | Nonpriority creditor's name and mailing address |

**As of the petition filing date, the claim is:**
*Check all that apply.*

$60,541.10

**Woodland Notch, LLC**

**5525 North Dayton Avenue**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Ames                        IA        50010**

**Convertible Note**

Date or dates debt was incurred    **6/1/2020**

**Is the claim subject to offset?**
☒ No

Last 4 digits of account number    ___ ___ ___ ___

☐ Yes

| Debtor | Eagle's Catch, LLLP | Case number (if known) | |

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1**  **Annie Nessa**<br>**908 Leyden St.**<br><br>**Denver**          **CO**     **80220** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only -  Shareholder** | __ __ __ __ |
| **4.2**  **Bob Savre**<br>**1258 Ivanhoe Ave.**<br><br>**New Hampton**          **IA**     **50659** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only -  Shareholder** | __ __ __ __ |
| **4.3**  **Colleen David**<br>**225 Parkridge Dr.**<br><br>**Mason City**          **IA**     **50401** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only -  Shareholder** | __ __ __ __ |
| **4.4**  **Cory and Brandi Nelson**<br>**3095 310th St.**<br><br>**Ellsworth**          **IA**     **50075** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only -  Shareholder** | __ __ __ __ |
| **4.5**  **D. Scott and Melissa Keen**<br>**3111 N. Cattail Creek**<br><br>**Cumming**          **IA**     **50061** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only -  Shareholder** | __ __ __ __ |
| **4.6**  **Dan and Donna Donovan**<br>**111 Walnut St., Box 76**<br><br>**Minburn**          **IA**     **50167** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only -  Shareholder** | __ __ __ __ |

Debtor   **Eagle's Catch, LLLP**_____   Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|

**4.7**   **Daniel A. Gehling Revocable Trust**

**72671 235th St.**

Line _____

☑ Not listed.  Explain:
**Notice Only -  Shareholder**

__ __ __ __

**Grand Meadow         MN     55936**

**4.8**   **David & Annette Sweeney**

**21547 Hwy S27**

Line _____

☑ Not listed.  Explain:
**Notice Only -  Shareholder**

__ __ __ __

**Alden              IA     50006**

**4.9**   **David and Janet Mannetter**

**27121 M Ave.**

Line _____

☑ Not listed.  Explain:
**Notice Only -  Shareholder**

__ __ __ __

**Hubbard            IA     50122**

**4.10**   **Dean and Nancy Johnson**

**10013 Oak Ave.**

Line _____

☑ Not listed.  Explain:
**Notice Only -  Shareholder**

__ __ __ __

**Greene             IA     50636**

**4.11**   **Dennis and Charlene Graff**

**304 Minnesota St. SE**

Line _____

☑ Not listed.  Explain:
**Notice Only -  Shareholder**

__ __ __ __

**Racine             MN     55967**

**4.12**   **Dermot and Catherine Hayes**

**56030 180th St.**

Line _____

☑ Not listed.  Explain:
**Notice Only -  Shareholder**

__ __ __ __

**Ames               IA     50010**

**4.13**   **DeWayne and Cathy Berg**

**2766 Xircus Ave.**

Line _____

☑ Not listed.  Explain:
**Notice Only -  Shareholder**

__ __ __ __

**Ellsworth          IA     50075**

Debtor   **Eagle's Catch, LLLP** _____   Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|

**4.14**   **Diversified Capital Investments, LLC**
**821 Lexington Ave.**

**Nashua        IA      50658**

Line _____

☑ Not listed.  Explain:
**Notice Only -  Shareholder**

__ __ __ __

**4.15**   **Double D Pork, LC Matt Danner**
**33501 Kittyhawk Ave.**

**Templeton     IA      51463**

Line _____

☑ Not listed.  Explain:
**Notice Only -  Shareholder**

__ __ __ __

**4.16**   **Doug and Jodi Skartvedt**
**25701 Fredrick Circle**

**Renner        SD      57055**

Line _____

☑ Not listed.  Explain:
**Notice Only -  Shareholder**

__ __ __ __

**4.17**   **Eli and Katie Zoske**
**1251 Binford Ave.**

**St. Anthony   IA      50239**

Line _____

☑ Not listed.  Explain:
**Notice Only -  Shareholder**

__ __ __ __

**4.18**   **Gary Knickerbocker**
**3164 Young Ave.**

**Radcliffe     IA      50230**

Line _____

☑ Not listed.  Explain:
**Notice Only -  Shareholder**

__ __ __ __

**4.19**   **Internal Revenue Service**
**PO Box 7346**

**Philadelphia  PA      19101-7346**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.20**   **Iowa Aqua Investment, LLC Noah Wendt**
**1302 Sand Cherry Lane**

**Huxley        IA      50124**

Line _____

☑ Not listed.  Explain:
**Notice Only -  Shareholder**

__ __ __ __

Debtor  **Eagle's Catch, LLLP**                                    Case number (if known) _____

---

**Part 3:**   **Additional Page for Others to Be Notified About Unsecured Claims**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|

**4.21**  **Iowa Department of Revenue**
**PO Box 10413**

**Des Moines**          **IA**     **50319**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.22**  **James E. and Dixie L. Joebgen**
**1747 Gilmore Ave.**

**New Hampton**        **IA**     **50659**

Line _____

☑ Not listed.  Explain:
**Notice Only -  Shareholder**

__ __ __ __

**4.23**  **Jeff Roberts**
**20213 260th St.**

**Hubbard**             **IA**     **50122**

Line _____

☑ Not listed.  Explain:
**Notice Only -  Shareholder**

__ __ __ __

**4.24**  **Jeff Severseike**
**26325 G Ave**

**Hubbard**             **IA**     **50122**

Line _____

☑ Not listed.  Explain:
**Notice Only -  Shareholder**

__ __ __ __

**4.25**  **JML Farm LLC  Jerry Leibold**
**201 N. Ely St.**

**Clarksville**          **IA**     **50619**

Line _____

☑ Not listed.  Explain:
**Notice Only -  Shareholder**

__ __ __ __

**4.26**  **John Banwart**
**5468 430th St.**

**West Bend**           **IA**     **50597**

Line _____

☑ Not listed.  Explain:
**Notice Only -  Shareholder**

__ __ __ __

**4.27**  **John Frownfelter**
**36576 River Oaks Circle**
**Cumming, IA 5006**

Line _____

☑ Not listed.  Explain:
**Notice Only -  Shareholder**

__ __ __ __

Debtor   **Eagle's Catch, LLLP**                                    Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
|---|---|

| | **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.28 | **Joseph Christopher Sparks**<br>**15737 E Ave.**<br><br>**Alden        IA      50006** | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only -  Shareholder** | __ __ __ __ |
| 4.29 | **Joseph Sweeney**<br>**2301 Ingersoll Ave, Apt. 418**<br><br>**Des Moines     IA      50312** | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only -  Shareholder** | __ __ __ __ |
| 4.30 | **Joshua and Laura Rank**<br>**2618 NE Seneca Dr.**<br><br>**Ankeny      IA      50021** | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only -  Shareholder** | __ __ __ __ |
| 4.31 | **Kathie Nessa**<br>**4901 Lyndale Dr.**<br><br>**Des Moines     IA      50310** | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only -  Shareholder** | __ __ __ __ |
| 4.32 | **Kyle and Kari Janes**<br>**14987 120th St.**<br><br>**Alden        IA      50006** | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only -  Shareholder** | __ __ __ __ |
| 4.33 | **Kyle Eller**<br>**3200 Mulberry Ave.**<br><br>**Muscatine      IA      52751** | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only -  Shareholder** | __ __ __ __ |
| 4.34 | **L&S Seed Co  Lynn Holechek**<br>**16234 Co. Hwy. D47**<br><br>**Hubbard      IA      50122** | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only -  Shareholder** | __ __ __ __ |

Debtor   __Eagle's Catch, LLLP__                              Case number (if known) _____

**Part 3:**   **Additional Page for Others to Be Notified About Unsecured Claims**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|

4.35 **Lauren Olson**
**3341 310th St.**

**Ellsworth          IA     50075**

Line _____

☑ Not listed.  Explain:
**Notice Only -  Shareholder**

__ __ __ __


4.36 **Mark Bockwoldt**
**2061 340th St.**

**Stanhope          IA     50246**

Line _____

☑ Not listed.  Explain:
**Notice Only -  Shareholder**

__ __ __ __


4.37 **Mary Beth Sukup Revocale Trust**
**2418 Vine Ave.**

**Doughterty          IA     50433**

Line _____

☑ Not listed.  Explain:
**Notice Only -  Shareholder**

__ __ __ __


4.38 **Michael and Cindy Schnieder**
**200 North School St.**

**Elkton          MN     55933**

Line _____

☑ Not listed.  Explain:
**Notice Only -  Shareholder**

__ __ __ __


4.39 **Mike and Connie Nessa**
**17394 300th St.**

**Hubbard          IA     50122**

Line _____

☑ Not listed.  Explain:
**Notice Only -  Shareholder**

__ __ __ __


4.40 **Mike Waechter**
**1641 Burr Oaks Dr.**

**West Des Moines          IA     50266**

Line _____

☑ Not listed.  Explain:
**Notice Only -  Shareholder**

__ __ __ __


4.41 **Molly and Mike Stensland**
**809 Indiana Ave.**
**Iowa Falls, 50126**

Line _____

☑ Not listed.  Explain:
**Notice Only -  Shareholder**

__ __ __ __

| Debtor | Eagle's Catch, LLLP | Case number (if known) |
|---|---|---|

**Part 3:   Additional Page for Others to Be Notified About Unsecured Claims**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|

**4.42** Monte Mertz
1221 S. Clarkson St., Suite 316

Denver          CO     80210

Line _____
☑ Not listed.  Explain:
**Notice Only -  Shareholder**

__ __ __ __

**4.43** NEIPI, LLC  Keith Donnelly
2113 220th St.

Independence       IA     50644

Line _____
☑ Not listed.  Explain:
**Notice Only -  Shareholder**

__ __ __ __

**4.44** Pat and Mary Donovan
2775 Hwy 9

Ridgeway          IA     52165

Line _____
☑ Not listed.  Explain:
**Notice Only -  Shareholder**

__ __ __ __

**4.45** Paul Skartvedt
3059 Young Avenue

Radcliffe         IA     50230

Line _____
☑ Not listed.  Explain:
**Notice Only -  Shareholder**

__ __ __ __

**4.46** Poverty Nob Ventures  Kathleen Gehlin
72671 235th St.

Grand Meadow      MN     55936

Line _____
☑ Not listed.  Explain:
**Notice Only -  Shareholder**

__ __ __ __

**4.47** Richard F. and Sheila J. Blahnik
1617 Circle Dr.

Winona            MN     55987

Line _____
☑ Not listed.  Explain:
**Notice Only -  Shareholder**

__ __ __ __

**4.48** Ryan Wiederstein
987 Tulip Tree Ln

West Des Moines   IA     50266

Line _____
☑ Not listed.  Explain:
**Notice Only -  Shareholder**

__ __ __ __

| Debtor | Eagle's Catch, LLLP | Case number (if known) | |

## Part 3:    Additional Page for Others to Be Notified About Unsecured Claims

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |

**4.49**  SJB Industries  Steve Throssell
714 17th Ave.

Eldora          IA     50627

Line _____

☑ Not listed.  Explain:
**Notice Only -  Shareholder**

__ __ __ __

**4.50**  Steve Mannetter
21294 305th St.

Hubbard          IA     50022

Line _____

☑ Not listed.  Explain:
**Notice Only -  Shareholder**

__ __ __ __

**4.51**  Steve Throssel
714 17th Ave.

Eldora          IA     50627

Line _____

☑ Not listed.  Explain:
**Notice Only -  Shareholder**

__ __ __ __

**4.52**  Tim and Shannon Kohn
2409 SE 19th St.

Ankeny          IA     50021

Line _____

☑ Not listed.  Explain:
**Notice Only -  Shareholder**

__ __ __ __

**4.53**  Todd Berg
2420 Tollman Ave.

Blairsburg          IA     50034

Line _____

☑ Not listed.  Explain:
**Notice Only -  Shareholder**

__ __ __ __

**4.54**  Troy and Mary Michels
302 Concetta Trl

Eagle Lake          MN     56024

Line _____

☑ Not listed.  Explain:
**Notice Only -  Shareholder**

__ __ __ __

**4.55**  Troy Swenson
3560 Ubben Ave.

Ellsworth          IA     50075

Line _____

☑ Not listed.  Explain:
**Notice Only -  Shareholder**

__ __ __ __

Debtor    **Eagle's Catch, LLLP**                                    Case number (if known) _____

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---------|------------------------------------------------------------------|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.56 | **Wayne & Lisa Dewey** <br> **14798 JJ Ave.** <br><br> **Iowa Falls          IA        50126-8552** | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Notice Only -  Shareholder** | __ __ __ __ |

Debtor   **Eagle's Catch, LLLP**                                    Case number (if known) _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$6,583,566.60** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$6,583,566.60** |

**Fill in this information to identify the case:**

Debtor name    **Eagle's Catch, LLLP**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF IOWA**

Case number
(if known)                                      Chapter    **7**

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                            12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

    ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.  **List all contracts and unexpired leases**

    State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | **Printer** | **Premier Iowa** |
| | | | **2110 South Center Street** |
| | **State the term remaining** | **3 years** | |
| | **List the contract number of any government contract** | | **Marshalltown          IA          50158** |

**Fill in this information to identify the case:**

Debtor name __**Eagle's Catch, LLLP**__

United States Bankruptcy Court for the: __**NORTHERN DISTRICT OF IOWA**__

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

1.  **Does the debtor have any codebtors?**

☐ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.

☑ Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1  **Joseph D Sweeney** | **2301 Ingersoll Ave., Apt. 418**<br>Number    Street<br><br>**Des Moines**      **IA**    **50312**<br>City                State   ZIP Code | **Greater Nevada Credit Union** | ☑ D<br>☐ E/F<br>☐ G |
| 2.2  **Joseph Sweeney** | **2301 Ingersoll Ave. Apt. 418**<br>Number    Street<br><br>**Des Moines**      **IA**    **50312**<br>City                State   ZIP Code | **Dana Scott Keen Living Trust** | ☐ D<br>☑ E/F<br>☐ G |
| 2.3  **Nathan Katzer** | **7986 Southeast Orilla Road**<br>Number    Street<br><br>**West Des Moines**   **IA**    **50061**<br>City                State   ZIP Code | **Receivables Control Corporation Cargill** | ☐ D<br>☑ E/F<br>☐ G |
| 2.4  **Paul Skartvedt** | **3059 Young Ave.**<br>Number    Street<br><br>**Radcliffe**        **IA**    **50230**<br>City                State   ZIP Code | **Greater Nevada Credit Union** | ☑ D<br>☐ E/F<br>☐ G |

Debtor    __**Eagle's Catch, LLLP**_____    Case number (if known) _____

## ⬛ Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1:  Codebtor | Column 2:  Creditor |
|---|---|

| | | | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **2.5**  **Paul Skartvedt** | **3059 Young Ave.**<br>Number        Street | **Dana Scott Keen Living Trust** | ☐  D<br>☑  E/F<br>☐  G |
| | **Radcliffe**              **IA**    **50230**<br>City                          State   ZIP Code | | |

**Fill in this information to identify the case:**

Debtor Name **Eagle's Catch, LLLP**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF IOWA**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals          12/15

| **Part 1:** | **Summary of Assets** |
|---|---|

**1.** *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from Schedule A/B....................................................................................    **$3,819,640.00**

    1b. **Total personal property:**
    Copy line 91A from Schedule A/B..................................................................................    **$5,404,897.04**

    1c. **Total of all property**
    Copy line 92 from Schedule A/B.....................................................................................    **$9,224,537.04**

| **Part 2:** | **Summary of Liabilities** |
|---|---|

**2.** *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D......................................    **$12,344,902.10**

**3.** *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F...........................................................    **$0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................................. **+**    **$6,583,566.60**

**4.** **Total liabilities**
    Lines 2 + 3a + 3b.............................................................................................................................    **$18,928,468.70**

| Fill in this information to identify the case and this filing: |
|---|

Debtor Name    **Eagle's Catch, LLLP**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF IOWA**

Case number
(if known)

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

- ☐ Amended Schedule _____

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **08/02/2023**        X **/s/ Joseph D. Sweeney**
MM / DD / YYYY            Signature of individual signing on behalf of debtor

            **Joseph D. Sweeney**
            Printed name

            **President**
            Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **Eagle's Catch, LLLP**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF IOWA**

Case number
(if known)

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

**1.   Gross revenue from business**

☐ None

Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year

Sources of revenue
Check all that apply.

Gross revenue
(before deductions and exclusions

**From the beginning of the fiscal year to filing date:**   From **01/01/2023** to   Filing date
MM / DD / YYYY
☑ Operating a business
☐ Other _____   **$0.00**

**For prior year:**   From **01/01/2022** to **12/31/2022**
MM / DD / YYYY   MM / DD / YYYY
☑ Operating a business
☐ Other _____   **$517,112.00**

**For the year before that:**   From **01/01/2021** to **12/31/2021**
MM / DD / YYYY   MM / DD / YYYY
☑ Operating a business
☐ Other _____   **$1,036,486.00**

**2.   Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

**3.   Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Debtor | **Eagle's Catch, LLLP** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Part 3: | Legal Actions or Assignments |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Encore Energy Services, Inc. v. Eagle's Catch, LLLP** | **Collections - unpaid natural gas** | **Iowa District Court for Hamilton Count** | ☐ Pending |
| | | | Name | |
| | | | **2300 Superior Street, #9** | ☐ On appeal |
| | | | Street | ☑ Concluded |
| | **Case number** | | | |
| | **LACV029962** | | **Webster City** | **IA** | **50595** |
| | | | City | State | ZIP Code |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Debtor | **Eagle's Catch, LLLP** | Case number (if known) | |
|--------|------------------------|------------------------|---|
| | Name | | |

## Part 4:    Certain Gifts and Charitable Contributions

9.    List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the
      aggregate value of the gifts to that recipient is less than $1,000

☑ None

## Part 5:    Certain Losses

10.   All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

## Part 6:    Certain Payments or Transfers

11.   **Payments related to bankruptcy**
      List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year
      before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or
      restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Cutler Law Firm, PC** | | **3/11/2022** | **$15,338.00** |
| | | | **6/10/2022** | |
| | **Address** | | | |
| | **1307 50th Street** | | | |
| | Street | | | |
| | | | | |
| | **West Des Moines    IA    50266** | | | |
| | City                State  ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |

12.   **Self-settled trusts of which the debtor is a beneficiary**
      List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing
      of this case to a self-settled trust or similar device.
      Do not include transfers already listed on this statement.

☑ None

| Debtor | **Eagle's Catch, LLLP** | Case number (if known) | |
|--------|-------------------------|------------------------|---|
| | Name | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☑ None

## Part 7:    Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained _____

Does the debtor have a privacy policy about that information?
☐ No.
☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No.  Go to Part 10.
☐ Yes.  Does the debtor serve as plan administrator?
    ☐ No.  Go to Part 10.
    ☐ Yes.  Fill in below:

Debtor   **Eagle's Catch, LLLP**_____   Case number (if known) _____
　　　　　 Name

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

## Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless or the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes. Provide details below.

Debtor   **Eagle's Catch, LLLP**                                    Case number (if known) _____
         <u>Name</u>

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

**24. Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

<table>
<tr><td>**Part 13:**</td><td>**Details About the Debtor's Business or Connections to Any Business**</td></tr>
</table>

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

**26. Books, records, and financial statements**

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | | Dates of service | | | |
|---|---|---|---|---|---|---|
| 26a.1. | **Eric Thuente - BerganKDV** | | From | **2018** | To | **2022** |
| | <u>Name</u> | | | | | |
| | **417 First Ave SE, Ste. 300** | | | | | |
| | <u>Street</u> | | | | | |
| | | | | | | |
| | **Cedar Rapids** | **IA** | **52401** | | | |
| | <u>City</u> | <u>State</u> | <u>ZIP Code</u> | | | |

| Name and address | | | Dates of service | | | |
|---|---|---|---|---|---|---|
| 26a.2. | **Lisa Ziesman** | | From | _____ | To | _____ |
| | <u>Name</u> | | | | | |
| | **12273 Hwy 175** | | | | | |
| | <u>Street</u> | | | | | |
| | | | | | | |
| | **Radcliffe** | **IA** | **50230** | | | |
| | <u>City</u> | <u>State</u> | <u>ZIP Code</u> | | | |

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | | Dates of service | | | |
|---|---|---|---|---|---|---|
| 26b.1. | **Eric Thuente - BerganKDV** | | From | _____ | To | _____ |
| | <u>Name</u> | | | | | |
| | **417 First Avenue SE, Ste. 300** | | | | | |
| | <u>Street</u> | | | | | |
| | | | | | | |
| | **Cedar Rapids** | **IA** | **52401** | | | |
| | <u>City</u> | <u>State</u> | <u>ZIP Code</u> | | | |

Debtor    **Eagle's Catch, LLLP**                                          Case number (if known)    _____
          ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
          Name

26c.    List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| **Name and address** | **If any books of account and records are unavailable, explain why** |
|---|---|
| 26c.1. **Joseph D. Sweeney**<br>Name<br>**2301 Ingersoll Avenue, Apt. 418**<br>Street | **No books have been prepared since 2022 due to accounts payable to CPA firm BerganKDV.** |
| **Des Moines**           **IA**        **50312**<br>City                        State        ZIP Code | |

| **Name and address** | **If any books of account and records are unavailable, explain why** |
|---|---|
| 26c.2. **Lisa Ziesman**<br>Name<br>**12273 Hwy 175**<br>Street | |
| **Radcliffe**            **IA**        **50230**<br>City                        State        ZIP Code | |

26d.    List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.

☐ Yes.  Give the details about the two most recent inventories.

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Joseph D. Sweeney** | **2301 Ingersoll Avenue, Apt. 418**<br>**Des Moines, IA 50312** | **President, shareholder, guarantor** | **22.5%** |
| **Paul Skartvedt** | **3059 Young Avenue**<br>**Radcliffe, IA 50230** | **President of the Board of Directors** | **23.5%** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

Debtor    **Eagle's Catch, LLLP**                                     Case number (if known) _____
         ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
         Name

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Joseph Sweeney**<br>Name<br>**2301 Ingersoll Avenue, Apt. 418**<br>Street<br><br>**Des Moines      IA    50312**<br>City           State  ZIP Code<br><br>**Relationship to debtor**<br>**President, Managing Partner** | **Salary**<br>**$13,400.00** | **August 2022**<br>**($6,700.00)**<br>**Sept. 2022**<br>**($6,700.00)** | |
| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| 30.2. | **Joseph Sweeney**<br>Name<br>**2301 Ingersoll Avenue, Apt. 418**<br>Street<br><br>**Des Moines      IA    50312**<br>City           State  ZIP Code<br><br>**Relationship to debtor**<br>**President, shareholder** | **$28,583.48** | **5-17-2023:**<br>**$23,583.48**<br><br>**5/31/2023:**<br>**$5,000.00** | **Per funding of GNCU funding, 1099 for upkeep/safety/maintenance** |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

Debtor    **Eagle's Catch, LLLP**_____    Case number (if known) _____
       Name

| Part 14: | Signature and Declaration |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **08/02/2023**_____
       MM / DD / YYYY

**X** **/s/ Joseph D. Sweeney**_____    Printed name **Joseph D. Sweeney**_____
   Signature of individual signing on behalf of the debtor

   Position or relationship to debtor **President**_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

B2030 (Form 2030) (12/15)

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF IOWA
### CEDAR RAPIDS DIVISION

In re  **Eagle's Catch, LLLP**

Case No.  _____

Chapter  **7**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept................................................................... **$15,338.00**

Prior to the filing of this statement I have received........................................................ **$15,338.00**

Balance Due.................................................................................................................. **$0.00**

2. The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
**Representation in any state court actions, derivative actions, or non-Bankruptcy case actions, absent specific engagement agreement.**

<div style="border:1px solid black; padding:10px;">

<div align="center">CERTIFICATION</div>

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **08/02/2023** | **/s/ Robert C. Gainer** |
| *Date* | *Robert C. Gainer*          Bar No.  IS8884971 |
| | Cutler Law Firm |
| | 1307 50th St. |
| | West Des Moines, IA 50266 |
| | Phone: (515) 223-6600 / Fax: (515) 223-6787 |

</div>

**/s/ Joseph D. Sweeney**

*Joseph D. Sweeney*
*President*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF IOWA**
**CEDAR RAPIDS DIVISION**

IN RE:   **Eagle's Catch, LLLP**                                    CASE NO

                                                                   CHAPTER    **7**

## VERIFICATION OF CREDITOR MATRIX

     The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  8/2/2023                                    Signature   **/s/ Joseph D. Sweeney**
                                                              *Joseph D. Sweeney*
                                                              *President*

Date _____         Signature _____

Aaron Kolling
24235 111th Ave.
Spring Valley, MN 5597


Accu Steel Inc.
2245 110th Street
Audubon, IA 50025


Adam Hocker
2718 M Ave.
Williamsburg, IA 52361


AgSource Coop Services
2418 Crossroads Drive, Ste. 3400
Madison, WI 53718


Alliant Energy
PO Box 3060
Cedar Rapids, IA 52406


Annie Nessa
908 Leyden St.
Denver, CO 80220


Arndorfer Anthony
74291 155th Street
Leroy, MN 55951


Arrowhead Products
45056 Riverdale Heights
Robert, LA 70455


BerganKDV
PO Box 735484
Dallas, TX 75373

Bob Savre
1258 Ivanhoe Ave.
New Hampton, IA 50659


Brian Howard
321 Deckor Street
Jewell, IA 50301


BrownWinick Law
666 Grand Avenue, Ste. 2000
Des Moines, IA 50309


Cameron Schmitt
2113 220th St.
Independence, IA 50644


City of Ellsworth
1528 Dewitt Street
Ellsworth, IA 50075


Cocoon Investments
 283 S. State St., Ste 201
Westerville, OH 43081


Colleen David
225 Parkridge Dr.
Mason City, IA 50401


Constellation New Energy Gas Division
PO Box 5473
Carol Stream, IL 60197


Cory and Brandi Nelson
3095 310th St.
Ellsworth, IA 50075

Craig Goodsell
77653 State Hwy 16
Spring Valley, MN 5


CT Corporation
PO Box 4349
Carol Stream, IL 60197


D. Scott and Melissa Keen
3111 N. Cattail Creek
Cumming, IA 50061


Dan A. Gehling Revocable Trust
72671 235th St.
Grand Meadow, MN 55936


Dan and Donna Donovan
111 Walnut St., Box 76
Minburn, IA 50167


Dana Scott Keen Living Trust
3111 N. Cattail Creek
Cumming, IA 50061


Daniel A. Gehling Revocable Trust
72671 235th St.
Grand Meadow, MN 55936


David & Annette Sweeney
21547 Hwy S27
Alden, IA 50006


David and Janet Mannetter
27121 M Ave.
Hubbard, IA 50122

Dean and Nancy Johnson
10013 Oak Ave.
Greene, IA 50636


Dennis and Charlene Graff
304 Minnesota St. SE
Racine, MN 55967


Dermot and Catherine Hayes
56030 180th St.
Ames, IA 50010


DeWayne and Cathy Berg
2766 Xircus Ave.
Ellsworth, IA 50075


Diversified Capital Investments, LLC
821 Lexington Ave.
Nashua, IA 50658


Don King
23565 715 Edge St.
Walnut, IL 61376


Double D Pork, LC Matt Danner
33501 Kittyhawk Ave.
Templeton, IA 51463


Doug and Jodi Skartvedt
25701 Fredrick Circle
Renner, SD 57055


Eli and Katie Zoske
1251 Binford Ave.
St. Anthony, IA 50239

Ellsworth Coop Telephone Assn
1540 Dewitt Street
Ellsworth, IA 50075


Encore Energy Services, Inc.
1125 S 103rd Street, #800
Omaha, NE 68124


Erin & Alan Dahlen
 2225 Weston Pl SW
Rochester, MN 55902


Fish2O
178 E 9th Street
St. Paul, MN 55101


Gary Knickerbocker
3164 Young Ave.
Radcliffe, IA 50230


Gary Wiehs
1019 Quince Road
Harlan, IA 51537


Gavin Keim
P.O. Box 293
Grand Meadow, MN 55936


Grant Keim
P.O. Box 194
Grand Meadow, MN 55936


Greater Nevada Credit Union
451 Eagle Station Lane
Carson City, NV 89701

H&L Ventures, LLC
 1234 W Mohave Rd.
Tucson, AZ 85705


Hamilton County
2300 Superior Street, Ste. 7
Webster City, IA 50595


Hands On Excavating
3305 Ziegler Avenue
Radcliffe, IA 50230


Heartland Marketing
110 N. Main Street
Early, IA 50535


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Iowa Aqua Investment, LLC Noah Wendt
1302 Sand Cherry Lane
Huxley, IA 50124


Iowa Department of Revenue
PO Box 10413
Des Moines, IA 50319


Iowa Economic Development Authority
1963 Bell Ave.
Des Moines, IA 50315


Iowa State University
1220 Beardshear Hall
515 Morrill Road
Ames, IA 50011

Iowa Workforce Development
1000 East Grand Avenue
Des Moines, IA 50319


J&T Motorfreight
100 N. State Street
Hubbard, IA 50122


James E. and Dixie L. Joebgen
1747 Gilmore Ave.
New Hampton, IA 50659


James Essig
 1021 Kasten Drive
Spring Valley, MN 55975


Jeff Roberts
20213 260th St.
Hubbard, IA 50122


Jeff Severseike
26325 G Ave
Hubbard, IA 50122


Jim and Dixie Jobgen
1747 Gilmore Ave.
New Hampton, IA 50659


JML Farm LLC  Jerry Leibold
201 N. Ely St.
Clarksville, IA 50619


John Banwart
5468 430th St.
West Bend, IA 50597

John Frownfelter
36576 River Oaks Circle
Cumming, IA 5006

John K. Miller
2258 Knapp Ave.
Marshalltown, IA 50158

Joseph Christopher Sparks
15737 E Ave.
Alden, IA 50006

Joseph D Sweeney
2301 Ingersoll Ave., Apt. 418
Des Moines, IA 50312

Joseph Sweeney
2301 Ingersoll Ave, Apt. 418
Des Moines, IA 50312

Joseph Sweeney
2301 Ingersoll Ave. Apt. 418
Des Moines, IA 50312

Joshua and Laura Rank
2618 NE Seneca Dr.
Ankeny, IA 50021

Kathie Nessa
4901 Lyndale Dr.
Des Moines, IA 50310

Keith Donnelly
2113 220th St.
Independence, IA 50644

Kyle and Kari Janes
14987 120th St.
Alden, IA 50006


Kyle Eller
3200 Mulberry Ave.
Muscatine, IA 52751


L&S Seed Co  Lynn Holechek
16234 Co. Hwy. D47
Hubbard, IA 50122


Lauren Olson
3341 310th St.
Ellsworth, IA 50075


Lisa Ziesman
12273 Hwy 175
Radcliffe, IA 50230


Mark Bockwoldt
2061 340th St.
Stanhope, IA 50246


Marshall Nessa
2940 Zeigler Ave.
Radcliffe, IA 50230


Mary Beth Sukup Revocale Trust
2418 Vine Ave.
Doughterty, IA 50433


Matthew Gehling
 5506 Leslie Lane SW
Rochester, MN 5590

MFF Eagle
709 Loch Lommond Dr.
Hutchinson, KS 67502


Michael and Cindy Schnieder
200 North School St.
Elkton, MN 55933


Michael Doyle
2113 220th St.
Independence, IA 50644


Michael Schneider
 200 North School St.
Elkton, MN 55933


Mike and Connie Nessa
17394 300th St.
Hubbard, IA 50122


Mike Arndorfer
17445 730th Ave.
Grand Meadow, MN 55936


Mike Throssel
714 17th Ave.
 Eldora, IA 50627


Mike Waechter
1641 Burr Oaks Dr.
West Des Moines, IA 50266


Molly and Mike Stensland
809 Indiana Ave.
Iowa Falls, 50126

Monte Mertz
1221 S. Clarkson St., Suite 316
Denver, CO 80210


Nathan Katzer
7986 Southeast Orilla Rd.
West Des Moines, IA 50061


Nathan Katzer
7986 Southeast Orilla Road
West Des Moines, IA 50061


NEIPI, LLC  Keith Donnelly
2113 220th St.
Independence, IA 50644


Pat and Mary Donovan
2775 Hwy 9
Ridgeway, IA 52165


Pat Arndorfer
 15189 730th Ave.
Leroy, MN 55951


Paul Skartvedt
3059 Young Avenue
Radcliffe, IA 50230


Paul Skartvedt
3059 Young Ave.
Radcliffe, IA 50230


Poverty Nob Ventures
Dan Gehling
72671 235th St.
Grand Meadow, MN 55936

Poverty Nob Ventures  Kathleen Gehlin
72671 235th St.
Grand Meadow, MN 55936


Power Services Company, LLC
2506 E 1650th Street
Mendon, IL 62351


Premier Iowa
2110 South Center Street
Marshalltown, IA 50158


Receivables Control Corporation Cargill
7373 Kirkwood Court, Ste. 200
Minneapolis, MN 55369


Reuben Hershberger
PO Box 276
Harmony, MN 55939


Richard F. and Sheila J. Blahnik
1617 Circle Dr.
Winona, MN 55987


Ryan Wiederstein
987 Tulip Tree Ln
West Des Moines, IA 50266


Schmitt Family Holdings, LLC
Cameron Schmidt
2113 220th St.
Independence, IA 50644


Schmitt Family Holdings, LLC
2113 220th St.
Independence, IA 50644

Short Circuit Electric
3555 350th Street
Radcliffe, IA 50230


SJB Industries
714 17th Ave.
Eldora, IA 50627


SJB Industries  Steve Throssell
714 17th Ave.
Eldora, IA 50627


Spring Genetics
21200 SW 177th Avenue
Miami, FL 33187


Steve Mannetter
21294 305th St.
Hubbard, IA 50022


Steve Throssel
714 17th Ave.
Eldora, IA 50627


Sue Kolling
22861 Oak Hill Dr.
Spring Valley, MN 55975


Thompson Construction
828 Des Moines Avenue
Ellsworth, IA 50075


TIAA Bank
PO Box 911608
Denver, CO 80291

Tim and Shannon Kohn
2409 SE 19th St.
Ankeny, IA 50021

Tim Hildreth Company
7829 UA-28
Prole, IA 50229

Todd Berg
2420 Tollman Ave.
Blairsburg, IA 50034

Tract Investments
5201 Keystone Ridge SE
Cedar Rapids, IA 52403

Troy and Mary Michels
302 Concetta Trl
Eagle Lake, MN 56024

Troy Swenson
3560 Ubben Ave.
Ellsworth, IA 50075

U.S. Small Business Administration
210 Walnut St. RM 749
Des Moines, IA 50

Wayne & Lisa Dewey
14798 JJ Ave.
Iowa Falls, IA 50126-8552

Wayne Dewey
14798 JJ Avenue
Iowa Falls, IA 50126

Wellmark
 1331 Grand Avenue Station 4W462
Des Moines, IA 50309


Woodland Notch, LLC
 5525 North Dayton Avenue
Ames, IA 50010