| Information to identify the case: | | |
|---|---|---|
| Debtor | Eagle's Catch, LLLP<br>Name | EIN: 81–1607212 |
| United States Bankruptcy Court  Northern District of Iowa | | Date case filed for chapter:  7  8/2/23 |
| Case number: 23–00606 | | |

Official Form 309C (For Corporations or Partnerships)

**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**NOTICE IS GIVEN** that during the course of administration, the Chapter 7 trustee may sell, abandon, or otherwise dispose of property, including the compromise or settlement of controversies, by filing a report of such intended action with the Clerk, with a copy served upon the U.S. Trustee, debtor(s), debtor(s) counsel, and those creditors and equity security holders who have requested notice pursuant to Rule 2002 of the Bankruptcy Rules. Any party requesting a notice pursuant to Rule 2002 must file a request with the Clerk of the Bankruptcy Court specifically referring to Rule 2002 and shall serve a copy of that request for notice upon debtor(s) counsel, trustee, and U.S. Trustee, at the addresses set forth in this notice. Any party objecting to such action by the trustee shall file such objection with the Clerk of Bankruptcy Court, serving a copy on the trustee, U.S. Trustee, debtor(s) and debtor(s) counsel within 21 days after the filing of such report.

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| **1. Debtor's full name** | Eagle's Catch, LLLP | |
| **2. All other names used in the last 8 years** | dba Buckeye Fish Facilities 2, LLLP | |
| **3. Address** | PO Box 211<br>Ellsworth, IA 50075 | |
| **4. Debtor's attorney**<br>Name and address | Robert Cardell Gainer<br>Cutler Law Firm<br>1307 50th Street<br>West Des Moines, IA 50266 | Contact phone 515–223–6600<br><br>Email: rgainer@cutlerfirm.com |
| **5. Bankruptcy trustee**<br>Name and address | Larry S. Eide<br>PO Box 1588<br>Mason City, IA 50402–1588 | Contact phone 641–423–4264<br><br>Email: eide@pappajohnlaw.com |
| **6. Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 320 Sixth Street Rm 126<br>Sioux City, IA 51101 | Hours open:<br>Monday–Friday, 8:00 am to 4:00 pm CT<br><br>Contact phone (712) 233–3939<br><br>Notice Date: 8/3/23 |
| **7. Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **September 25, 2023 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Teleconference "ONLY", Call 866–711–3525, Participant code: 1204141** |
| **8. Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **9. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**           page **1**