deficbk 8/2022

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

In Re:

Eagle's Catch, LLLP

Chapter 7

Bankruptcy No. 23–00606

Debtor

## NOTICE AND ORDER REGARDING INCOMPLETE FILING

**NOTICE IS HEREBY GIVEN** that on August 2, 2023, a pleading was filed in the above referenced case containing the following deficiency:

**Unfiled Schedules and Other Documents**

| | | |
|---|---|---|
| ☐ Schedule A/B | ☐ Schedule D | ☐ Schedule E/F |
| ☐ Schedule G | ☐ Schedule H | ☐ Schedule I (Ind. Debtor Only) |
| ☐ Schedule J (Ind. Debtor Only) | ☐ Schedule J–2 (Ind. Jt. Debtor Only) | ☑ Corporate Ownership Statement |
| ☐ Payment Advices (Debtor) | ☐ Payment Advices (Jt. Debtor) | ☐ Statement of Financial Affairs |
| ☐ Credit Counseling Certificate (Debtor) | ☐ Credit Counseling Certificate (Jt. Debtor) | ☐ Declaration About an Individual Debtor's Schedules |
| ☐ Summary of Assets and Liabilities | ☐ Chapter 13 Plan | ☐ Statement of Current Monthly Income |
| ☐ Other: | | |

**IT IS HEREBY ORDERED** that the filing party shall cure the deficient filing(s) as described in the above no later than **14** days from the filing date of the petition.

**NOTICE IS HEREBY GIVEN** that on August 2, 2023, a pleading was filed in the above referenced case containing the following deficiency:

- ☑ Corporate Resolution was not filed
- ☐ Request for Relief was not signed by the attorney
- ☐ Declaration Under Penalty of Perjury was omitted or not signed.
- ☐ Other:

**THEREFORE, IT IS FURTHER ORDERED** the filing party shall cure the deficient filing(s) as described in the above Notice no later than 14 days from the date of this ORDER;

**IT IS FURTHER ORDERED** that if the filing party fails to cure described deficiencies within the applicable periods, the case or proceeding may be dismissed without further notice or hearing, unless within the applicable period or periods a motion to extend the time to cure has been filed with the Court. A motion to extend time will only be granted on a showing of good cause, and such cause must be stated in the motion. The motion shall be served on the trustee and the United States Trustee. If a hearing on the motion is desired, it must be requested in the motion and included within the title of the motion.

Ordered: August 3, 2023

Thad J. Collins  
Chief Bankruptcy Judge