United States Bankruptcy Court

Northern District of Iowa

| | |
|---|---|
| In re: | Case No. 23-00606-TJC |
| Eagle's Catch, LLLP | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0862-3 | User: admin | Page 1 of 4 |
| Date Rcvd: Aug 03, 2023 | Form ID: 309C | Total Noticed: 124 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eagle's Catch, LLLP, PO Box 211, Ellsworth, IA 50075-0211 |
| 2375982 | + | Aaron Kolling, 24235 111th Ave., Spring Valley, MN 55975-2605 |
| 2375983 | + | Accu Steel Inc., 2245 110th Street, Audubon, IA 50025-7502 |
| 2375987 | + | Annie Nessa, 908 Leyden St., Denver, CO 80220-4635 |
| 2375988 | + | Arndorfer Anthony, 74291 155th Street, Leroy, MN 55951-6676 |
| 2375989 | + | Arrowhead Products, 45056 Riverdale Heights, Robert, LA 70455-2200 |
| 2375990 | + | BerganKDV, PO Box 735484, Dallas, TX 75373-5484 |
| 2375992 | + | Brian Howard, 321 Deckor Street, Jewell, IA 50130-2013 |
| 2375993 | + | BrownWinick Law, 666 Grand Avenue,, Ste. 2000, Des Moines, IA 50309-2510 |
| 2375994 | + | Cameron Schmitt, 2113 220th St., Independence, IA 50644-9303 |
| 2375995 | | City of Ellsworth, 1528 Dewitt Street, Ellsworth, IA 50075 |
| 2375996 | + | Cocoon Investments, 283 S. State St.,, Ste 201, Westerville, OH 43081-2268 |
| 2375997 | + | Colleen David, 225 Parkridge Dr., Mason City, IA 50401-1625 |
| 2375998 | + | Constellation New Energy, Gas Division, PO Box 5473, Carol Stream, IL 60197-5473 |
| 2375999 | + | Cory and Brandi Nelson, 3095 310th St., Ellsworth, IA 50075-7517 |
| 2376000 | + | Craig Goodsell, 77653 State Hwy 16, Spring Valley, MN 55975-4860 |
| 2376002 | + | D. Scott and Melissa Keen, 3111 N. Cattail Creek, Cumming, IA 50061-9335 |
| 2376003 | + | Dan A. Gehling Revocable Trust, 72671 235th St., Grand Meadow, MN 55936-8124 |
| 2376004 | + | Dan and Donna Donovan, 111 Walnut St., Box 76, Minburn, IA 50167-7700 |
| 2376005 | + | Dana Scott Keen Living Trust, 3111 N. Cattail Creek, Cumming, IA 50061-9335 |
| 2376007 | + | David & Annette Sweeney, 21547 Hwy S27, Alden, IA 50006-9137 |
| 2376008 | + | David and Janet Mannetter, 27121 M Ave., Hubbard, IA 50122-8668 |
| 2376012 | + | DeWayne and Cathy Berg, 2766 Xircus Ave., Ellsworth, IA 50075-7582 |
| 2376009 | + | Dean and Nancy Johnson, 10013 Oak Ave., Greene, IA 50636-9320 |
| 2376010 | + | Dennis and Charlene Graff, 304 Minnesota St. SE, Racine, MN 55967-8805 |
| 2376011 | + | Dermot and Catherine Hayes, 56030 180th St., Ames, IA 50010-9452 |
| 2376013 | + | Diversified Capital Investments, LLC, 821 Lexington Ave., Nashua, IA 50658-9252 |
| 2376014 | | Don King, 23565 715 Edge St., Walnut, IL 61376 |
| 2376015 | + | Double D Pork, LC, Matt Danner, 33501 Kittyhawk Ave., Templeton, IA 51463-8550 |
| 2376016 | | Doug and Jodi Skartvedt, 25701 Fredrick Circle, Renner, SD 57055 |
| 2376017 | + | Eli and Katie Zoske, 1251 Binford Ave., St. Anthony, IA 50239-9715 |
| 2376018 | | Ellsworth Coop Telephone Assn, 1540 Dewitt Street, Ellsworth, IA 50075 |
| 2376019 | + | Encore Energy Services, Inc., 1125 S 103rd Street, no.800, Omaha, NE 68124-6018 |
| 2376021 | + | Fish2O, 178 E 9th Street, St. Paul, MN 55101-2578 |
| 2376022 | + | Gary Knickerbocker, 3164 Young Ave., Radcliffe, IA 50230-7539 |
| 2376023 | + | Gary Wiehs, 1019 Quince Road, Harlan, IA 51537-4715 |
| 2376024 | + | Gavin Keim, P.O. Box 293, Grand Meadow, MN 55936-0293 |
| 2376025 | + | Grant Keim, P.O. Box 194, Grand Meadow, MN 55936-0194 |
| 2376027 | + | H&L Ventures, LLC, 1234 W Mohave Rd., Tucson, AZ 85705-3424 |
| 2376028 | + | Hamilton County, 2300 Superior Street,, Ste. 7, Webster City, IA 50595-3185 |
| 2376029 | + | Hands On Excavating, 3305 Ziegler Avenue, Radcliffe, IA 50230-7557 |
| 2376030 | + | Heartland Marketing, 110 N. Main Street, Early, IA 50535-5011 |
| 2376033 | ++ | IOWA DEPARTMENT OF REVENUE, ATTN BANKRUPTCY UNIT, PO BOX 10471, DES MOINES IA 50306-0471 address filed |

Case 23-00606   Doc 4   Filed 08/05/23   Entered 08/05/23 23:29:19   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0862-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 03, 2023 | Form ID: 309C | Total Noticed: 124 |

|  |  |  |
|---|---|---|
|  |  | with court:, Iowa Department of Revenue, PO Box 10413, Des Moines, IA 50319 |
| 2376032 | + | Iowa Aqua Investment, LLC, Noah Wendt, 1302 Sand Cherry Lane, Huxley, IA 50124-8103 |
| 2376034 | + | Iowa Economic Development Authority, 1963 Bell Ave., Des Moines, IA 50315-1011 |
| 2376035 | + | Iowa State University, 1220 Beardshear Hall, 515 Morrill Road, Ames, IA 50011-2105 |
| 2376036 | + | Iowa Workforce Development, 1000 East Grand Avenue, Des Moines, IA 50319-0220 |
| 2376037 |   | J&T Motorfreight, 100 N. State Street, Hubbard, IA 50122 |
| 2376043 | + | JML Farm LLC, Jerry Leibold, 201 N. Ely St., Clarksville, IA 50619-1008 |
| 2376038 | + | James E. and Dixie L. Joebgen, 1747 Gilmore Ave., New Hampton, IA 50659-9171 |
| 2376039 | + | James Essig, 1021 Kasten Drive, Spring Valley, MN 55975-2601 |
| 2376040 | + | Jeff Roberts, 20213 260th St., Hubbard, IA 50122-8442 |
| 2376041 | + | Jeff Severseike, 26325 G Ave, Hubbard, IA 50122-8505 |
| 2376042 | + | Jim and Dixie Jobgen, 1747 Gilmore Ave., New Hampton, IA 50659-9171 |
| 2376044 | + | John Banwart, 5468 430th St., West Bend, IA 50597-8048 |
| 2376045 | + | John Frownfelter, 36576 River Oaks Circle, Cumming, IA 50061-4415 |
| 2376046 | + | John K. Miller, 2258 Knapp Ave., Marshalltown, IA 50158-9854 |
| 2376047 | + | Joseph Christopher Sparks, 15737 E Ave., Alden, IA 50006-9116 |
| 2376048 | + | Joseph D Sweeney, 2301 Ingersoll Ave.,, Apt. 418, Des Moines, IA 50312-5269 |
| 2376049 | + | Joseph Sweeney, 2301 Ingersoll Ave,, Apt. 418, Des Moines, IA 50312-5269 |
| 2376051 | + | Joshua and Laura Rank, 2618 NE Seneca Dr., Ankeny, IA 50021-6817 |
| 2376052 | + | Kathie Nessa, 4901 Lyndale Dr., Des Moines, IA 50310-5033 |
| 2376053 | + | Keith Donnelly, 2113 220th St., Independence, IA 50644-9303 |
| 2376055 | + | Kyle Eller, 3200 Mulberry Ave., Muscatine, IA 52761-2319 |
| 2376054 | + | Kyle and Kari Janes, 14987 120th St., Alden, IA 50006-9237 |
| 2376056 | + | L&S Seed Co, Lynn Holechek, 16234 Co. Hwy. D47, Hubbard, IA 50122-8420 |
| 2376057 | + | Lauren Olson, 3341 310th St., Ellsworth, IA 50075-7519 |
| 2376058 | + | Lisa Ziesman, 12273 Hwy 175, Radcliffe, IA 50230-8004 |
| 2376063 | + | MFF Eagle, 709 Loch Lommond Dr., Hutchinson, KS 67502-2001 |
| 2376059 | + | Mark Bockwoldt, 2061 340th St., Stanhope, IA 50246-7510 |
| 2376060 | + | Marshall Nessa, 2940 Zeigler Ave., Radcliffe, IA 50230-7550 |
| 2376061 | + | Mary Beth Sukup Revocale Trust, 2418 Vine Ave., Doughterty, IA 50433-7513 |
| 2376062 | + | Matthew Gehling, 5506 Leslie Lane SW, Rochester, MN 55902-1653 |
| 2376065 | + | Michael Doyle, 2113 220th St., Independence, IA 50644-9303 |
| 2376066 | + | Michael Schneider, 200 North School St., Elkton, MN 55933-8805 |
| 2376064 | + | Michael and Cindy Schnieder, 200 North School St., Elkton, MN 55933-8805 |
| 2376068 | + | Mike Arndorfer, 17445 730th Ave., Grand Meadow, MN 55936-2603 |
| 2376069 | + | Mike Throssel, 714 17th Ave., Eldora, IA 50627-2208 |
| 2376070 | + | Mike Waechter, 1641 Burr Oaks Dr., West Des Moines, IA 50266-6612 |
| 2376067 | + | Mike and Connie Nessa, 17394 300th St., Hubbard, IA 50122-8586 |
| 2376071 | + | Molly and Mike Stensland, 809 Indiana Ave., Iowa Falls 50126-1656 |
| 2376072 | + | Monte Mertz, 1221 S. Clarkson St.,, Suite 316, Denver, CO 80210-1628 |
| 2376075 | + | NEIPI, LLC Keith Donnelly, 2113 220th St., Independence, IA 50644-9303 |
| 2376073 | + | Nathan Katzer, 7986 Southeast Orilla Rd., West Des Moines, IA 50061-5807 |
| 2376077 | + | Pat Arndorfer, 15189 730th Ave., Leroy, MN 55951-6681 |
| 2376076 | + | Pat and Mary Donovan, 2775 Hwy 9, Ridgeway, IA 52165-8613 |
| 2376078 | + | Paul Skartvedt, 3059 Young Avenue, Radcliffe, IA 50230-7538 |
| 2376080 | + | Poverty Nob Ventures, Dan Gehling, 72671 235th St., Grand Meadow, MN 55936-8124 |
| 2376081 | + | Poverty Nob Ventures, Kathleen Gehlin, 72671 235th St., Grand Meadow, MN 55936-8124 |
| 2376082 | + | Power Services Company, LLC, 2506 E 1650th Street, Mendon, IL 62351-2813 |
| 2376083 | + | Premier Iowa, 2110 South Center Street, Marshalltown, IA 50158-5959 |
| 2376084 |   | Receivables Control Corporation, Cargill, 7373 Kirkwood Court, Ste. 200, Minneapolis, MN 55369 |
| 2376085 | + | Reuben Hershberger, PO Box 276, Harmony, MN 55939-0276 |
| 2376086 | + | Richard F. and Sheila J. Blahnik, 1617 Circle Dr., Winona, MN 55987-4806 |
| 2376087 | + | Ryan Wiederstein, 987 Tulip Tree Ln, West Des Moines, IA 50266-6640 |
| 2376091 | + | SJB Industries, 714 17th Ave., Eldora, IA 50627-2208 |
| 2376092 | + | SJB Industries, Steve Throssell, 714 17th Ave., Eldora, IA 50627-2208 |
| 2376089 | + | Schmitt Family Holdings, LLC, 2113 220th St., Independence, IA 50644-9303 |
| 2376088 | + | Schmitt Family Holdings, LLC, Cameron Schmidt, 2113 220th St., Independence, IA 50644-9303 |
| 2376090 | + | Short Circuit Electric, 3555 350th Street, Radcliffe, IA 50230-7523 |
| 2376093 | + | Spring Genetics, 21200 SW 177th Avenue, Miami, FL 33187-4204 |
| 2376094 | + | Steve Mannetter, 21294 305th St., Hubbard, IA 50122-8611 |
| 2376095 | + | Steve Throssel, 714 17th Ave., Eldora, IA 50627-2208 |
| 2376096 | + | Sue Kolling, 22861 Oak Hill Dr., Spring Valley, MN 55975-4717 |
| 2376098 | + | TIAA Bank, PO Box 911608, Denver, CO 80291-1608 |

Case 23-00606  Doc 4  Filed 08/05/23  Entered 08/05/23 23:29:19  Desc Imaged
Certificate of Notice  Page 3 of 5

| District/off: 0862-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 03, 2023 | Form ID: 309C | Total Noticed: 124 |

| | | |
|---|---|---|
| 2376097 | + | Thompson Construction, 828 Des Moines Avenue, Ellsworth, IA 50075-7603 |
| 2376100 |   | Tim Hildreth Company, 7829 UA-28, Prole, IA 50229 |
| 2376101 | + | Todd Berg, 2420 Tollman Ave., Blairsburg, IA 50034-7561 |
| 2376102 | + | Tract Investments, 5201 Keystone Ridge SE, Cedar Rapids, IA 52403-7058 |
| 2376104 | + | Troy Swenson, 3560 Ubben Ave., Ellsworth, IA 50075-7559 |
| 2376103 | + | Troy and Mary Michels, 302 Concetta Trl, Eagle Lake, MN 56024-3400 |
| 2376105 | + | U.S. Small Business Admin, 210 Walnut St. RM 749, Des Moines, IA 50309-2186 |
| 2376106 |   | Wayne & Lisa Dewey, 14798 JJ Ave., Iowa Falls, IA 50126-8552 |
| 2376107 | + | Wayne Dewey, 14798 JJ Avenue, Iowa Falls, IA 50126-8552 |
| 2376109 | + | Woodland Notch, LLC, 5525 North Dayton Avenue, Ames, IA 50010-9456 |

TOTAL: 115

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: rgainer@cutlerfirm.com | Aug 03 2023 20:35:00 | Robert Cardell Gainer, Cutler Law Firm, 1307 50th Street, West Des Moines, IA 50266 |
| tr | EDI: BLSEIDE | Aug 04 2023 00:37:00 | Larry S. Eide, PO Box 1588, Mason City, IA 50402-1588 |
| ust | + Email/Text: ustpregion12.cr.ecf@usdoj.gov | Aug 03 2023 20:35:00 | United States Trustee, United States Federal Courthouse, 111 7th Avenue SE, Box 17, Cedar Rapids, IA 52401-2103 |
| 2375986 | Email/Text: BankruptcyNotices@alliantenergy.com | Aug 03 2023 20:35:00 | Alliant Energy, PO Box 3060, Cedar Rapids, IA 52406 |
| 2375985 | + Email/Text: ar@agsource.com | Aug 03 2023 20:35:00 | AgSource Coop Services, 2418 Crossroads Drive,, Ste. 3400, Madison, WI 53718-2421 |
| 2376001 | + Email/Text: cls-bankruptcy@wolterskluwer.com | Aug 03 2023 20:35:00 | CT Corporation, PO Box 4349, Carol Stream, IL 60197-4349 |
| 2376026 | + Email/Text: _lossmitigations@gncu.net | Aug 03 2023 20:35:00 | Greater Nevada Credit Union, 451 Eagle Station Lane, Carson City, NV 89701-8402 |
| 2376031 | EDI: IRS.COM | Aug 04 2023 00:37:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 2376108 | + Email/Text: rasketl@wellmark.com | Aug 03 2023 20:35:00 | Wellmark, 1331 Grand Avenue, Station 4W462, Des Moines, IA 50309-2901 |

TOTAL: 9

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 2376006 | *+ | Dan A. Gehling Revocable Trust, 72671 235th St., Grand Meadow, MN 55936-8124 |
| 2376050 | *+ | Joseph Sweeney, 2301 Ingersoll Ave., Apt. 418, Des Moines, IA 50312-5269 |
| 2376074 | *+ | Nathan Katzer, 7986 Southeast Orilla Road, West Des Moines, IA 50061-5807 |
| 2376079 | *+ | Paul Skartvedt, 3059 Young Ave., Radcliffe, IA 50230-7538 |
| 2375984 | ##+ | Adam Hocker, 2718 M Ave., Williamsburg, IA 52361-8714 |
| 2375991 | ##+ | Bob Savre, 1258 Ivanhoe Ave., New Hampton, IA 50659-9106 |
| 2376020 | ##+ | Erin & Alan Dahlen, 2225 Weston Pl SW, Rochester, MN 55902-1369 |
| 2376099 | ##+ | Tim and Shannon Kohn, 2409 SE 19th St., Ankeny, IA 50021-7130 |

TOTAL: 0 Undeliverable, 4 Duplicate, 4 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| | | |
|---|---|---|
| District/off: 0862-3 | User: admin | Page 4 of 4 |
| Date Rcvd: Aug 03, 2023 | Form ID: 309C | Total Noticed: 124 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2023                    Signature:        /s/Gustava Winters

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor | **Eagle's Catch, LLLP** <br> Name | EIN: 81–1607212 |
| United States Bankruptcy Court | Northern District of Iowa | Date case filed for chapter: 7   8/2/23 |
| Case number: | 23–00606 | |

Official Form 309C (For Corporations or Partnerships)

**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**NOTICE IS GIVEN** that during the course of administration, the Chapter 7 trustee may sell, abandon, or otherwise dispose of property, including the compromise or settlement of controversies, by filing a report of such intended action with the Clerk, with a copy served upon the U.S. Trustee, debtor(s), debtor(s) counsel, and those creditors and equity security holders who have requested notice pursuant to Rule 2002 of the Bankruptcy Rules. Any party requesting a notice pursuant to Rule 2002 must file a request with the Clerk of the Bankruptcy Court specifically referring to Rule 2002 and shall serve a copy of that request for notice upon debtor(s) counsel, trustee, and U.S. Trustee, at the addresses set forth in this notice. Any party objecting to such action by the trustee shall file such objection with the Clerk of Bankruptcy Court, serving a copy on the trustee, U.S. Trustee, debtor(s) and debtor(s) counsel within 21 days after the filing of such report.

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Eagle's Catch, LLLP | |
| 2. | **All other names used in the last 8 years** | dba Buckeye Fish Facilities 2, LLLP | |
| 3. | **Address** | PO Box 211 <br> Ellsworth, IA 50075 | |
| 4. | **Debtor's attorney** <br> Name and address | Robert Cardell Gainer <br> Cutler Law Firm <br> 1307 50th Street <br> West Des Moines, IA 50266 | Contact phone 515–223–6600 <br><br> Email: rgainer@cutlerfirm.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Larry S. Eide <br> PO Box 1588 <br> Mason City, IA 50402–1588 | Contact phone 641–423–4264 <br><br> Email: eide@pappajohnlaw.com |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 320 Sixth Street Rm 126 <br> Sioux City, IA 51101 | Hours open: <br> Monday–Friday, 8:00 am to 4:00 pm CT <br><br> Contact phone (712) 233–3939 <br><br> Notice Date: 8/3/23 |
| 7. | **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **September 25, 2023 at 09:00 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **Teleconference "ONLY", Call 866–711–3525, Participant code: 1204141** |
| 8. | **Proof of claim** <br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. <br><br> If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1