United States Bankruptcy Court

Northern District of Iowa

| | |
|---|---|
| In re: | Case No. 23-00606-TJC |
| Eagle's Catch, LLLP | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0862-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Aug 03, 2023 | Form ID: deficbk | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2023:**

**Recip ID        Recipient Name and Address**
db              + Eagle's Catch, LLLP, PO Box 211, Ellsworth, IA 50075-0211

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2023 at the address(es) listed below:

**Name**                **Email Address**

Larry S. Eide
                        eide@pappajohnlaw.com IA12@ecfcbis.com

Robert Cardell Gainer
                        on behalf of Debtor Eagle's Catch LLLP rgainer@cutlerfirm.com, 9643802420@filings.docketbird.com

United States Trustee
                        USTPRegion12.CR.ECF@usdoj.gov

TOTAL: 3

deficbk 8/2022

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

In Re:

Eagle's Catch, LLLP

Chapter 7

Bankruptcy No. 23−00606

Debtor

## NOTICE AND ORDER REGARDING INCOMPLETE FILING

**NOTICE IS HEREBY GIVEN** that on August 2, 2023, a pleading was filed in the above referenced case containing the following deficiency:

**Unfiled Schedules and Other Documents**

| | | |
|---|---|---|
| ☐ Schedule A/B | ☐ Schedule D | ☐ Schedule E/F |
| ☐ Schedule G | ☐ Schedule H | ☐ Schedule I (Ind. Debtor Only) |
| ☐ Schedule J (Ind. Debtor Only) | ☐ Schedule J−2 (Ind. Jt. Debtor Only) | ☑ Corporate Ownership Statement |
| ☐ Payment Advices (Debtor) | ☐ Payment Advices (Jt. Debtor) | ☐ Statement of Financial Affairs |
| ☐ Credit Counseling Certificate (Debtor) | ☐ Credit Counseling Certificate (Jt. Debtor) | ☐ Declaration About an Individual Debtor's Schedules |
| ☐ Summary of Assets and Liabilities | ☐ Chapter 13 Plan | ☐ Statement of Current Monthly Income |
| ☐ Other: | | |

**IT IS HEREBY ORDERED** that the filing party shall cure the deficient filing(s) as described in the above no later than **14** days from the filing date of the petition.

**NOTICE IS HEREBY GIVEN** that on August 2, 2023, a pleading was filed in the above referenced case containing the following deficiency:

☑ Corporate Resolution was not filed

☐ Request for Relief was not signed by the attorney

☐ Declaration Under Penalty of Perjury was omitted or not signed.

☐ Other:

**THEREFORE, IT IS FURTHER ORDERED** the filing party shall cure the deficient filing(s) as described in the above Notice no later than 14 days from the date of this ORDER;

**IT IS FURTHER ORDERED** that if the filing party fails to cure described deficiencies within the applicable periods, the case or proceeding may be dismissed without further notice or hearing, unless within the applicable period or periods a motion to extend the time to cure has been filed with the Court. A motion to extend time will only be granted on a showing of good cause, and such cause must be stated in the motion. The motion shall be served on the trustee and the United States Trustee. If a hearing on the motion is desired, it must be requested in the motion and included within the title of the motion.

*[signature]*

Ordered: August 3, 2023

Thad J. Collins
Chief Bankruptcy Judge