UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In Re: | ) ) ) ) | Chapter 7 |
| | ) | Bankruptcy No. 23-00606 |
| **Eagle's Catch, LLLP,** | ) ) ) | |
| Debtors. | ) ) ) ) ) ) | |

**CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for in the above captioned action, certifies that the following are entities, other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation(s') equity interests, or states that there are no entities to report under FRBP 7007:

| **Owner** | **% of Shares Owned** |
|---|---|
| Joseph Sweeney | 22.5% |
| Paul Skartvedt | 23.5% |

Respectfully submitted,

By:   /s/ Robert C. Gainer
Robert C. Gainer, AT0000305
CUTLER LAW FIRM, P.C.
1307 50TH Street
West Des Moines, Iowa 50266
Telephone: (515) 223-6600
Fax: (515) 223-6787
E-mail: rgainer@cutlerfirm.com
ATTORNEY FOR DEBTOR

## Certificate of Service

The undersigned hereby certifies that a true copy of the foregoing instrument was served upon all registered users of the CM/ECF System party to this case on the 7th day of August, 2023.

*/s/ Stephanie Newton*