# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | |
| **Eagle's Catch, LLLP,** | ) | Bankruptcy No. 23-00606 |
| | ) | |
| Debtors. | ) | **DEBTOR'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to L.R. 7.1 and Fed. R. Civ. P. 7.1, Debtor, Eagle's Catch, LLLP. hereby make the following disclosures:

(a) The following are the names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to the Debtors as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the Debtor's outcome in the case: NONE

(b) With respect to each entity name in response to (a), the following describes its connection to or interest in the litigation, or both: NOT APPLICABLE

Respectfully submitted,

By: */s/ Robert C. Gainer*
Robert C. Gainer, AT0000305
CUTLER LAW FIRM, P.C.
1307 50TH Street
West Des Moines, Iowa 50266
Telephone: (515) 223-6600
Fax: (515) 223-6787
E-mail: rgainer@cutlerfirm.com
ATTORNEY FOR DEBTOR

**Certificate of Service**

The undersigned hereby certifies that a true copy of the foregoing instrument was served upon all registered users of the CM/ECF System party to this case on the 7th day of August, 2023.

*/s/ Stephanie Newton*