IA-13
(Revised 6/98)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>EAGLE'S CATCH, LLLP,<br><br><br>Debtor(s). | CHAPTER 7<br>CASE NO. 23-00606<br><br>REPORT OF ABANDONMENT<br>OF PROPERTY |

_____

The undersigned Trustee of the estate of the Debtor(s) named above reports that, without general notice as authorized by Local Bankruptcy Rule 6004-1(b), the following property will be abandoned:

All property described in Schedule A/B previously filed by the Debtor(s), to the extent not previously claimed exempt, abandoned or otherwise liquidated by the Trustee (see the attached copy of the Schedule A/B for any real estate owned).

The Trustee is satisfied that the above described property is burdensome or of inconsequential value to the estate because:

Fair market value of property does not exceed secured indebtedness and available exemptions, and/or property has inconsequential value.

Pursuant to Local Bankruptcy Rule 6004-1(b), parties upon whom a copy of this report is served have twenty-one (21) days to object to the Trustee's proposed action. If no timely objections are filed, the proposed action will be deemed approved without further Court Order.

I certify that on this date as copy of this Report was served either electronically or by United States mail on the United States Trustee, Debtor(s), Debtor(s) counsel and all creditors or other parties-in-interest who have filed a request for notice pursuant to Local Bankruptcy Rule 2002-1(b) as required by Local Bankruptcy Rule 6004-1(f) per the service list below.

DATED:  October 24, 2023                    /s/ Larry S. Eide
                                            Larry S. Eide, Trustee (AT0002317)
                                            PO Box 1588
                                            Mason City, Iowa  50402-1588

IA-13
(Revised 6/98)
Page 2

SERVICE LIST:

Mary R. Jensen
Acting United States Trustee
United States Federal Courthouse
111 7th Avenue SE, Box 17
Cedar Rapids, IA  52401-2101

Eagle's Catch LLLP
2301 Ingersoll Ave
Des Moines, IA 50312

Robert C. Gainer
Cutler Law Firm
1307 50th Street
West Des Moines, IA 50266

Greater Nevada Credit Union
451 Eagle Station Lane
Carson City, NV 89701

Carl H. Petkoff
MaynardNexsen
205 King Street Suite 400
Charleston, SC 29401

| Debtor | **Eagle's Catch, LLLP** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**51. Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$0.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 9:　Real property

**54. Does the debtor own or lease any real property?**
☐ No.  Go to Part 10.
☑ Yes.  Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **1802 Industrial Park Road<br>Ellsworth, IA 50075<br>Parcel: 40872330326041<br>1802 Industrial Park Road, Ellsworth, IA 50075<br>OLSEN IND PARK 2 LTS2 & 3 EXC AUDITOR PARCEL W** | **Land & Buildings** | | **Hamilton Co. Asse** | **$3,819,640.00** |

**56. Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$3,819,640.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 10:　Intangibles and Intellectual Property

**59. Does the debtor have any interests in intangibles or intellectual property?**
☑ No.  Go to Part 11.
☐ Yes.  Fill in the information below.

Official Form 206A/B　　　　　　Schedule A/B: Assets -- Real and Personal Property　　　　　　page 5